NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Cyndie M. Chang (SBN 227542)
 CMChang@duanemorris.com
Angelica Zabanal (SBN 303329)
 AAZabanal@duanemorris.com
Diane Byun (SBN 337155)
 DByun@duanemorris.com
**DUANE MORRIS LLP**
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017
Tel:  (213) 689-7400
Fax:  (213) 689-7401

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff(s),<br>v.<br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC.,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-9749<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company | Plaintiff |
| TNR USA, Inc. | Plaintiff's wholly owned subsidiary |
| | |
| Playboy Enterprises International, Inc. | Defendant |
| Products Licensing, LLC | Defendant |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff, further certifies that Plaintiff is a publicly held corporation organized and existing under the laws of Thailand. Plaintiff has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. Plaintiff is not aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the Plaintiff and Defendants in the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| 12/17/2021 | /s/ Cyndie M. Chang |
| Date | Cyndie M. Chang |

Attorney of record for (or name of party appearing in pro per):

Plaintiff