|  |  |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>Cyndie M Chang,Esq \| SBN : Bar No.227542<br>DUANE MORRIS LLP<br>865 S. Figueroa Street Suite 3100   Los Angeles, CA<br>TELEPHONE NO.: (213) 689-7400 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF: | **POS-010**<br>*FOR COURT USE ONLY* |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 350 WEST 1ST STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: WESTERN DIVISION |

| PLAINTIFF: THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT: PLAYBOY ENTERPRISES INTERNATIONAL, INC., et al. | 2:21-CV-9749-JFW (PDx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>H5255-00001 |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. a. Party served *(specify name of party as shown on documents served)*:
   **PRODUCTS LICENSING , LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE OF PROCESS, BY SERVING NICOLE STAUSS - CUSTOMER SERVICE LIAISON**

4. Address where the party was served: **CSC-LAWYERS INCORPORATED**
   **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **12/21/2021** (2) at *(time)*: **9:39 AM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/la32003177

| | |
|---|---|
| PETITIONER: THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY<br>RESPONDENT: PLAYBOY ENTERPRISES INTERNATIONAL, INC., et al. | CASE NUMBER:<br>2:21-CV-9749-JFW (PDx) |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on (date):                           (2) from (city):
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** (specify means of service and authorizing code section):

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  - a. ☐ as an individual defendant.
  - b. ☐ as the person sued under the fictitious name of (specify):
  - c. ☐ as occupant.
  - d. ☐ On behalf of (specify):
    under the following Code of Civil Procedure section:
    - ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
    - ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    - ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
    - ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    - ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
    -      ☐ other:

7. **Person who served papers**
   a. Name: **Douglas Fitzgerald - ASAP Legal**
   b. Address: **1607 James M. Wood Los Angeles, CA 90015**
   c. Telephone number: **(213) 252-2000**
   d. **The fee** for service was: **$ 66.50**
   e. I am:
   - (1) ☐ not a registered California process server.
   - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   - (3) ☑ registered California process server:
     - (i) ☐ owner     ☐ employee     ☑ independent contractor.
     - (ii) Registration No.: **12-234648**
     - (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/21/2021**

**ASAP Legal**
**1607 James M. Wood**
**Los Angeles, CA 90015**
**(213) 252-2000**
**www.asaplegal.com**

_____
       **Douglas Fitzgerald**        ▶      *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)