**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Cyndie M Chang, Esq | SBN | Bar No.227542<br>DUANE MORRIS LLP<br>865 S. Figueroa Street Suite 3100  Los Angeles, CA<br>TELEPHONE NO.: (213) 689-7400 | FAX NO. | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF: | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 350 WEST 1ST STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: WESTERN DIVISION |

| PLAINTIFF: THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT: PLAYBOY ENTERPRISES INTERNATIONAL, INC., et al. | 2:21-CV-9749-JFW (PDx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>H5255-00001 |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other (specify documents): CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. a. Party served (specify name of party as shown on documents served):
   **PLAYBOY ENTERPRISES INTERNATIONAL INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **CSC LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE OF PROCESS, BY SERVING NICOLE STAUSS - CUSTOMER SERVICE LIAISON**

4. Address where the party was served: **CSC-LAWYERS INCORPORATED**
   **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**

5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **12/21/2021** (2) at (time): **9:39 AM**
   b. ☐ **by substituted service.** On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on (date): from (city):  **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/LA32003176 |

Case 2:21-cv-09749-JFW-PD Document 11 Filed 12/21/21 Page 2 of 2 Page ID #:114

| PETITIONER: THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY | CASE NUMBER: |
|---|---|
| RESPONDENT: PLAYBOY ENTERPRISES INTERNATIONAL, INC., et al. | 2:21-CV-9749-JFW (PDx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*          (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                   ☐ other:

7. **Person who served papers**
   a. Name: **Douglas Fitzgerald - ASAP Legal**
   b. Address: **1607 James M. Wood Los Angeles, CA 90015**
   c. Telephone number: **(213) 252-2000**
   d. **The fee** for service was: **$ 171.50**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☐ employee    ☑ independent contractor.
         (ii) Registration No.: **12-234648**
         (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/21/2021**

**ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015
(213) 252-2000
www.asaplegal.com**

_____
**Douglas Fitzgerald**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)*