Cyndie M. Chang (SBN 227542)
Angelica Zabanal (SBN 303329)
Diane Byun (SBN 337155)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401
E-mail:      CMChang@duanemorris.com
                  AAZabanal@duanemorris.com
                  DByun@duanemorris.com

Attorney for Plaintiffs
*Thai Nippon Rubber Industry Public Limited Company
and TNR USA, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY and TNR USA, INC.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC,<br><br>                    Defendants. | Case No.:  2:21-cv-09749-JFW-PD<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE COMPLIANCE WITH STANDING ORDER** |

I, Cyndie M. Chang, declare:

1.      I am an attorney at law duly admitted to practice in the State of California.  I am an attorney at Duane Morris LLP and lead trial counsel for Plaintiffs THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY and TNR USA, INC. (hereinafter referred to as **"Plaintiffs"** or **"TNR"**), in the above-entitled action.

2.      I am a registered user of the Court's CM/ECF system and, as an ECF user, I have consented to service and receipt of filed documents by electronic means.

3. My e-mail address of record is cmchang@duanemorris.com.

4. I make this declaration pursuant to the Hon. John F. Walter's Standing Order section 3(a).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2021                **DUANE MORRIS** LLP

By: /s/ *Cyndie M. Chang*
Cyndie M. Chang

Attorney for Plaintiffs
*Thai Nippon Rubber Industry Public Limited Company and TNR USA, Inc.*

# CERTIFICATE OF SERVICE

I am a employed in the County of Los Angeles, State of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, 865 S. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. On December 27, 2021, I served the following document(s):

### DECLARATION OF LEAD TRIAL COUNSEL RE COMPLIANCE WITH STANDING ORDER

on the interested party(ies) in this action in the following manner:

**Marshall Searcy, Esq.**
**Quinn Emmanuel Urquhart & Sullivan, LLP**
**865 S. Figueroa St., 10th Floor**
**Los Angeles, CA 90017**

**BY MAIL**: On the date set forth below, at Los Angeles, California, I placed the document(s) in a sealed envelope(s), addressed as set forth below, for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. According to that practice, the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business, with first-class prepaid postage thereon. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2021, at Los Angeles, California.

*Armida Flores*
Armida Flores