**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Marshall M. Searcy III (SBN 169269)
  marshallsearcy@quinnemanuel.com
  Scott B. Kidman (SBN 119856)
  scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendants
*Playboy Enterprises International, Inc.*
*Products Licensing, LLC*

**DUANE MORRIS LLP**
  Cyndie M. Chang (SBN 227542)
  CMChang@duanemorris.com
  Angelica Zabanal (SBN 303329)
  AAZabanal@duanemorris.com
  Diane Byun (SBN 337155)
  DByun@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: (213) 689 7400
Fax: (213) 689 7401
Attorneys for Plaintiff
*Thai Nippon Rubber Industry Public Limited Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>          Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3)**<br><br>The Hon. John F. Walter<br><br>Complaint served: 12/21/2021<br>Current response date: 01/11/2022<br>New response date: 02/01/2022<br><br>Filed/Lodged Concurrently With:<br>  1. Proposed Order |

Plaintiff Thai Nippon Rubber Industry Public Limited Company ("Plaintiff") and Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC ("Defendants"), by and through their counsel of record, respectfully submit the following stipulation ("Stipulation") as to an extension of time for Defendants to respond to Plaintiff's initial complaint per Local Rule 8-3 and the Court's Standing Order:

WHEREAS, Plaintiff filed its initial complaint on December 17, 2021;

WHEREAS, Plaintiff served its summons and complaint against Defendants on December 21, 2021;

WHEREAS, Defendants are required to serve their answer and/or respond to the initial complaint by January 11, 2022;

WHEREAS, Defendants have requested an extension to answer and/or respond to the initial complaint pursuant to Local Rule 8-3;

WHEREAS, Marshall M. Searcy III—counsel for Defendants—conferred with Cyndie Chang—counsel for Plaintiff—via email on December 25, 2021 regarding Defendants' request as required by Local Rule 7-3;

WHEREAS, Plaintiff has agreed to extend the deadline by which Defendants must answer and/or respond from January 11, 2022 to February 1, 2022;

WHEREAS, this is Defendants' first request to extend the time to answer and/or respond to the initial complaint;

WHEREAS, the Court has not entered a scheduling order or otherwise entered any deadlines;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the parties in this action;

WHEREAS, this Stipulation is not submitted to delay, hinder, or impede the efficient and orderly administration of the above-captioned cause;

1    WHEREAS, good cause exists to enlarge the time Defendants have to answer
2 and/or respond to the initial complaint, as Defendants are actively investigating the
3 factual basis of Plaintiff's allegations and;
4    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
5 between Plaintiff and Defendants, by and through their undersigned counsel, that
6 Defendants shall have until February 1, 2022 to answer and/or respond to the initial
7 complaint.
8    **IT IS SO STIPULATED**.
9 DATED:  December 28, 2021         Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  */s/ Marshall M. Searcy III*
    Marshall M. Searcy III (Bar No. 169269)
    Scott B. Kidman (Bar No. 119856)
    Attorneys for Playboy Enterprises
    International, Inc.
    Products Licensing, LLC

Respectfully submitted,

DATED:  December 28, 2021         DUANE MORRIS, LLP


By  */s/ Cyndie M. Chang* (*with permission*)
    Cyndie M Chang
    Attorney Thai Nippon Rubber Industry
    Public Limited Company

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2021, I electronically filed the foregoing **Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3)** with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties.

I also certify the document was served via U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the document through the CM/ECF system.:

*/s/ Marshall M. Searcy III*
Marshall M. Searcy III