**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
 Marshall M. Searcy III (SBN 169269)
 marshallsearcy@quinnemanuel.com
 Scott B. Kidman (SBN 119856)
 scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
*Playboy Enterprises International, Inc.*
*Products Licensing, LLC*

**DUANE MORRIS LLP**
 Cyndie M. Chang (SBN 227542)
 CMChang@duanemorris.com
 Angelica Zabanal (SBN 303329)
 AAZabanal@duanemorris.com
 Diane Byun (SBN 337155)
 DByun@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: (213) 689 7400
Fax: (213) 689 7401

Attorneys for Plaintiff
*Thai Nippon Rubber Industry Public*
*Limited Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>    Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER AND/OR RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>Date:   December 28, 2021<br><br>The Hon. John F. Walter<br><br>Trial Date:       None Set |

1  THE COURT, having considered the parties' "Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3)" (the "Stipulation"); all parties having been given notice and an opportunity to be heard; and GOOD CAUSE appearing therefor;

HEREBY ORDERS THAT:

1. Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC shall file an answer and/or response to Plaintiff Thai Nippon Rubber Industry Public Limited Company initial complaint by no later than Tuesday, February 1, 2022.

2.

DATED: _____

THE HONORABLE JOHN F. WALTER
U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | DATED: December 28, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | |
| 6 | | By  */s/ Marhsall M. Searcy III* |
| 7 | | Marshall M. Searcy III<br>Playboy Enterprises International, Inc. |
| 8 | | Products Licensing, LLC |
| 9 | | |
| 10 | DATED: December 28, 2021 | Respectfully submitted, |
| 11 | | |
| 12 | | DUANE MORRIS, LLP |
| 13 | | |
| 14 | | By  */s/ Cyndie M. Chang* (*with permission*) |
| 15 | | Cyndie M Chang |
| 16 | | Attorney Thai Nippon Rubber Industry<br>Public Limited Company |