UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>　　　　Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER AND/OR RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>Date:　　December 28, 2021<br><br>The Hon. John F. Walter<br><br>Trial Date:　　None Set |

THE COURT, having considered the parties' "Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3)" (the "Stipulation"); all parties having been given notice and an opportunity to be heard; and GOOD CAUSE appearing therefor;

HEREBY ORDERS THAT:

1. Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC shall file an answer and/or response to Plaintiff Thai Nippon Rubber Industry Public Limited Company initial complaint by no later than Tuesday, February 1, 2022.

2.

DATED: December 29, 2021

THE HONORABLE JOHN F. WALTER
U.S. DISTRICT JUDGE

-1-
ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER AND/OR RESPOND TO PLAINTIFF'S INITIAL COMPLAINT