**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Marshall M. Searcy III (SBN 169269)
  marshallsearcy@quinnemanuel.com
  Scott B. Kidman (SBN 119856)
  scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendants
*Playboy Enterprises International, Inc.*
*Products Licensing, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>             *Plaintiff*,<br><br>     vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>             *Defendants*. | Case No. 2:21cv9749-JFW<br><br>**DEFENDANTS' DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Trial Date:     None Set |

I, Marshall M. Searcy III, declare:

1. I am counsel of record for Playboy Enterprises International, Inc., and Products Licensing, LLC in the above-captioned matter. I have first-hand personal knowledge of the facts set forth in this Declaration, and if called to testify, could and would testify as follows:

2. I am registered as a "CM/ECF User." My e-mail address of record is marshallsearcy@quinnemanuel.com. I, along with the other attorneys in my firm, consent to service and receipt of filed documents by electronic means in the above-captioned matter.

3. I will be serving as Lead Trial Counsel in the above-captioned matter. I confirm that I have read and am familiar with the Court's Standing Order and the Local Rules.

4. I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on this 3rd day of January 2022, at Los Angeles, California.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Marshall M. Searcy III*
Marshall M. Searcy III

Attorneys for Playboy Enterprises International, Inc., and Products Licensing, LLC

-1-

DECLARATION OF LEAD TRIAL COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2022, I electronically filed the foregoing **DEFENDANTS' DECLARATION OF LEAD TRIAL COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties.

*/s/ Marshall M. Searcy III*
Marshall M. Searcy III

Attorneys for Playboy Enterprises International, Inc., and Products Licensing, LLC

1