Marshall M. Searcy III (SBN 169269)
  marshallsearcy@quinnemanuel.com
Scott B. Kidman (SBN 119856)
  scottkidman@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendants
*Playboy Enterprises International, Inc.*
*Products Licensing, LLC*

Cyndie M. Chang (SBN 227542)
  CMChang@duanemorris.com
Angelica Zabanal (SBN 303329)
  AAZabanal@duanemorris.com
Diane Byun (SBN 337155)
  DByun@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: (213) 689 7400
Fax: (213) 689 7401
Attorneys for Plaintiff
*Thai Nippon Rubber Industry Public Limited Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>        *Plaintiff*,<br><br>    vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC<br><br>        *Defendants*. | Case No. 2:21cv9749-JFW<br><br>**JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE**<br><br>Trial Date:          None Set |

Pursuant to Rule (b) of the Court's Standing Order, the parties jointly state that:

1. On January 21, 2022, Marshall M. Searcy, counsel of record for Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC, and Cyndie Chang, counsel of record for Plaintiff Thai Nippon Rubber Industry Public Company, met and conferred pursuant to Local Rule 7-3.

2. Counsel for Plaintiff and Defendant met in person at 865 South Figueroa St., Los Angeles, California. Counsel conferred for approximately an hour. Counsel discussed the issues raised in Defendants' meet and confer letter, which Defendants alleged deficiencies arising under all of Plaintiff's ten causes of action. Plaintiff disagreed with such contentions, but indicated that it was inclined to determine ways to address Defendants' allegations by amendment and would work with its client to add additional facts to the allegations. The parties are continuing to meet and confer on a resolution for particular causes of action, including breach of contract, franchise, and interference.

3. Thus, during these discussions, counsel for Plaintiff indicated that it intended to amend its complaint and that these amendments might address some or all of the issues raised in Defendants' meet and confer letter. Counsel agreed that the parties would submit a stipulation to the Court providing a date by which Plaintiff would file its amended complaint, and counsel of record would meet and confer again if there were issues remaining after the amendment.

| | | |
|---|---|---|
| 1 | DATED:  January 24, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By   */s/ Marshall M. Searcy* |
| | | Marshall M. Searcy III |
| 5 | | |
| 6 | | Attorney for Playboy Enterprises International, Inc., and Products Licensing, LLC |
| 7 | | |
| 8 | | |
| 9 | DATED:  January 24, 2022 | DUANE MORRIS, LLP |
| 10 | | |
| 11 | | By   */s/ Cyndie M. Chang* |
| | | Cyndie M Chang |
| 12 | | |
| 13 | | Attorney Thai Nippon Rubber Industry Public Limited Company |
| 14 | | |

## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.

I, Cyndie M. Chang, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Cyndie M. Chang*
Cyndie M. Chang