**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Marshall M. Searcy III (SBN 169269)
   marshallsearcy@quinnemanuel.com
   Scott B. Kidman (SBN 119856)
   scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for Defendants
*Playboy Enterprises International, Inc.
Products Licensing, LLC*

**DUANE MORRIS LLP**
   Cyndie M. Chang (SBN 227542)
   CMChang@duanemorris.com
   Angelica Zabanal (SBN 303329)
   AAZabanal@duanemorris.com
   Diane Byun (SBN 337155)
   DByun@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: (213) 689 7400
Fax: (213) 689 7401

Attorneys for Plaintiff
*Thai Nippon Rubber Industry Public Limited Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>         Plaintiff,<br><br>    vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>         Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING OF FILING OF PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE**<br><br>Date: January 28, 2022<br><br>The Hon. John F. Walter<br><br>Trial Date:   None Set |

1  THE COURT, having considered the parties' "Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint And Defendants' Response" (the "Stipulation"); and GOOD CAUSE appearing therefor;

HEREBY ORDERS THAT:

1. The Stipulation is GRANTED;

2. Plaintiff Thai Nippon Rubber Industry Public Limited Company shall have until February 22, 2022 to file its amended complaint; and

3. Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC shall have until March 24, 2022 to file their answer or otherwise respond to the amended complaint.

IT IS SO ORDERED.

DATED: _____    _____
                                  JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE

Respectfully submitted:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Marshall M. Searcy II*
Marshall M. Searcy III (Bar No. 169269)
Scott B. Kidman (Bar No. 119856)

Attorneys for Playboy Enterprises
International, Inc.
Products Licensing, LLC

DUANE MORRIS, LLP

By */s/ Cyndie M. Chang* (*with permission*)
Cyndie M. Chang (Bar No. 227542)

Attorney Thai Nippon Rubber Industry
Public Limited Company

DATED:   January 28, 2022