1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Marshall M. Searcy III (SBN 169269)
2  marshallsearcy@quinnemanuel.com
   Scott B. Kidman (SBN 119856)
3  scottkidman@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile:  (213) 443-3100

6  Attorneys for Defendants
   *Playboy Enterprises International, Inc.*
7  *Products Licensing, LLC*

8  **DUANE MORRIS LLP**
   Cyndie M. Chang (SBN 227542)
9  CMChang@duanemorris.com
   Angelica Zabanal (SBN 303329)
10 AAZabanal@duanemorris.com
   Diane Byun (SBN 337155)
11 DByun@duanemorris.com
   865 South Figueroa Street, Suite 3100
12 Los Angeles, California 90017-5450
   Telephone: (213) 689 7400
13 Fax: (213) 689 7401
   Attorneys for Plaintiff
14 *Thai Nippon Rubber Industry Public Limited Company*

15

UNITED STATES DISTRICT COURT

16

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

17

18

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>  Plaintiff,<br><br>  vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>  Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint And Defendants' Response**<br><br>The Hon. John F. Walter<br><br>Complaint served: 12/21/2021<br>Current response date: 02/01/2022<br>Amended Complaint Due Date: 02/15/22<br>New response date: 03/11/2022<br><br>Filed/Lodged Concurrently With:<br>  1. Proposed Order |

1   Plaintiff Thai Nippon Rubber Industry Public Limited Company ("Plaintiff")
2   and Defendants Playboy Enterprises International, Inc., and Products Licensing,
3   LLC ("Defendants"), by and through their counsel of record, respectfully submit the
4   following stipulation ("Stipulation") as to the scheduling of Plaintiff filing an
5   amended complaint, and the time for Defendants to respond to Plaintiff's amended
6   complaint per Local Rule 8-4 and the Court's Standing Order:
7       WHEREAS, Plaintiff filed its initial complaint on December 17, 2021;
8       WHEREAS, Plaintiff served its summons and complaint against Defendants
9   on December 21, 2021;
10       WHEREAS, the parties previously stipulated to extending Defendants' time
11   to respond to the initial complaint on December 28, 2021 and the Court accepted the
12   parties' stipulation on December 29, 2021;
13       WHEREAS, the Court granted the parties' stipulated request that Defendants
14   be required to serve their answer and/or respond to the initial complaint by February
15   1, 2022;
16       WHEREAS, on January 20, 2022, lead counsel for Defendants and Plaintiffs
17   met and conferred in person concerning Defendants' intention to file a motion to
18   dismiss;
19       WHEREAS, during the January 20, 2022 conference the parties' counsel
20   discussed Defendants' contemplated motion, continued to meet and confer
21   thereafter, and later agreed that Plaintiffs could file an amended complaint in an
22   effort to address the issues raised by Defendants;
23       WHEREAS, on January 23, 2022, the parties submitted a joint report on this
24   conference pursuant to the Court's Standing Order;
25       WHEREAS, the Court has not entered a scheduling order or otherwise
26   entered any deadlines;
27       WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights
28   or defenses otherwise available to the parties in this action;

1  WHEREAS, this Stipulation is not submitted to delay, hinder, or impede the
2  efficient and orderly administration of the above-captioned cause;
3  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
4  between Plaintiff and Defendants, by and through their undersigned counsel, that
5  1) Plaintiff shall have until February 22, 2022 to file its amended complaint,
6  and in connection with this filing, the parties shall also submit their stipulation and
7  proposed order that Plaintiff be given leave to file the amended complaint, and
8  2) Defendants shall have until March 24, 2022 to answer and/or respond to
9  the amended complaint.
10 **IT IS SO STIPULATED**.

1  DATED: January 28, 2022          Respectfully submitted,

                                    QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By  */s/ Marshall M. Searcy III*
                                        Marshall M. Searcy III (Bar No. 169269)
                                        Scott B. Kidman (Bar No. 119856)
                                        Attorneys for Playboy Enterprises
                                        International, Inc.
                                        Products Licensing, LLC


                                    Respectfully submitted,

   DATED: January 28, 2022

                                    DUANE MORRIS, LLP



                                    By  */s/ Cyndie M. Chang* (*with permission*)
                                        Cyndie M. Chang
                                        Attorney Thai Nippon Rubber Industry
                                        Public Limited Company

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2022, I electronically filed the **Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint And Defendants' Response** with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties.

I also certify the document was served via U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the document through the CM/ECF system.:

*/s/ Marshall M. Searcy III*
Marshall M. Searcy III