1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
     Marshall M. Searcy III (SBN 169269)
2    marshallsearcy@quinnemanuel.com
     Scott B. Kidman (SBN 119856)
3    scottkidman@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone:    (213) 443 3000
5  Facsimile:    (213) 443 3100

6  Attorneys for Defendants
   *Playboy Enterprises International, Inc.*
7  *Products Licensing, LLC*

8  **DUANE MORRIS LLP**
     Cyndie M. Chang (SBN 227542)
9    CMChang@duanemorris.com
     Angelica Zabanal (SBN 303329)
10   AAZabanal@duanemorris.com
     Diane Byun (SBN 337155)
11   DByun@duanemorris.com
   865 South Figueroa Street, Suite 3100
12 Los Angeles, California 90017-5450
   Telephone: (213) 689 7400
13 Fax: (213) 689 7401

14 Attorneys for Plaintiff
   *Thai Nippon Rubber Industry Public Limited Company*
15

16                  UNITED STATES DISTRICT COURT

17         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 18 Thai Nippon Rubber Industry Public Limited Company, | Case No. 2:21cv9749-JFW-PD |
| 19  Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING OF FILING OF PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE** |
| 20  vs. | |
| 21 Playboy Enterprises International, Inc., and Products Licensing, LLC, | Date: January 28, 2022 |
| 22 | The Hon. John F. Walter |
| 23  Defendants. | Trial Date:  None Set |

25
26
27
28

THE COURT, having considered the parties' "Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint And Defendants' Response" (the "Stipulation"); and GOOD CAUSE appearing therefor;

HEREBY ORDERS THAT:

1. The Stipulation is GRANTED;

2. Plaintiff Thai Nippon Rubber Industry Public Limited Company shall have until February 22, 2022 to file its amended complaint; and

3. Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC shall have until March 24, 2022 to file their answer or otherwise respond to the amended complaint.

IT IS SO ORDERED.

DATED: _____        _____
                                      JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE

Respectfully submitted:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Marshall M. Searcy II
    Marshall M. Searcy III (Bar No. 169269)
    Scott B. Kidman (Bar No. 119856)

    Attorneys for Playboy Enterprises
    International, Inc.
    Products Licensing, LLC

    DUANE MORRIS, LLP


By /s/ Cyndie M. Chang (*with permission*)
    Cyndie M. Chang (Bar No. 227542)

    Attorney Thai Nippon Rubber Industry
    Public Limited Company

DATED: January 28, 2022

-1-
[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING OF FILING OF PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE