QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Marshall M. Searcy III (Bar No. 169269)
  marshallsearcy@quinnemanuel.com
  Scott B. Kidman (Bar No. 119856)
  scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Playboy Enterprises
International, Inc.
Products Licensing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>    Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**Notice of Withdrawal Re Dkt. No. 18**<br><br>The Hon. John F. Walter<br><br>Trial Date:        None Set |

1    On January 28, 2022, Plaintiff Thai Nippon Rubber Industry Public Limited
2 Company and Defendants Playboy Enterprises International, Inc., and Products
3 Licensing, LLC jointly filed their *Stipulation Re Scheduling of Filing of Plaintiff's*
4 *Amended Complaint And Defendants' Response*, which was filed under Docket
5 Number 17. In so doing, the same document was inadvertently filed twice. The
6 duplicative entry was filed under Docket Number 18 and is an exact facsimile of
7 Docket Number 17.
8    Accordingly, counsel files this Notice of Withdrawal, apprising the Court and
9 the Clerk of the Court that Docket Number 18 was inadvertently filed and should be
10 disregarded.

12 DATED: January 28, 2022           QUINN EMANUEL URQUHART &
13                                   SULLIVAN, LLP

15                                   By   */s/ Marhsall M. Searcy III*
16                                        Marshall M. Searcy III

17                                        *Attorney for Playboy Enterprises*
18                                        *International, Inc.*
                                          *Products Licensing, LLC*

-1-

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2022, I electronically filed the foregoing **Notice of Withdrawal Re Dkt. No. 18** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

  */s/ Marshall M. Searcy III*
Marshall M. Searcy III

*Attorney for Playboy Enterprises International, Inc.*
*Products Licensing, LLC*