**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Marshall M. Searcy III (SBN 169269)
  marshallsearcy@quinnemanuel.com
  Scott B. Kidman (SBN 119856)
  scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendants

*Playboy Enterprises International, Inc.
Products Licensing, LLC*

**DUANE MORRIS LLP**
  Cyndie M. Chang (SBN 227542)
  CMChang@duanemorris.com
  Angelica Zabanal (SBN 303329)
  AAZabanal@duanemorris.com
  Diane Byun (SBN 337155)
  DByun@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: (213) 689 7400
Fax: (213) 689 7401

Attorneys for Plaintiff
*Thai Nippon Rubber Industry Public Limited Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>             Plaintiff,<br><br>     vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>             Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint And Defendants' Response**<br><br>Complaint served: 12/21/2021<br>Current Amended Complaint date: 02/22/22<br>Current response date: 03/24/2022<br>New Amended Complaint Date: 03/16/22<br>New response date: 04/15/2022<br><br>Filed/Lodged Concurrently With:<br>   Proposed Order |

**Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint And Defendants' Response**

Plaintiff Thai Nippon Rubber Industry Public Limited Company ("Plaintiff") and Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC ("Defendants"), by and through their counsel of record, respectfully submit the following stipulation ("Stipulation") as to the scheduling of Plaintiff filing an amended complaint, and the time for Defendants to respond to Plaintiff's amended complaint per Local Rule 8-3 and the Court's Standing Order:

WHEREAS, Plaintiff filed its initial complaint on December 17, 2021;

WHEREAS, Plaintiff served its summons and complaint against Defendants on December 21, 2021;

WHEREAS, the parties previously stipulated to extending Defendants' time to respond to the initial complaint on December 28, 2021 and the Court accepted the parties' stipulation on December 29, 2021;

WHEREAS, the Court granted the parties' stipulated request that Defendants be required to serve their answer and/or respond to the initial complaint by February 1, 2022;

WHEREAS, on January 20, 2022, lead counsel for Defendants and Plaintiff met and conferred in person concerning Defendants' intention to file a motion to dismiss;

WHEREAS, during the January 20, 2022 conference the parties' counsel discussed Defendants' contemplated motion, continued to meet and confer thereafter, and later agreed that Plaintiff could file an amended complaint in an effort to address the issues raised by Defendants;

WHEREAS, on January 23, 2022, the parties submitted a joint report on this conference pursuant to the Court's Standing Order;

WHEREAS, on January 28, 2022, the parties filed a stipulation concurrently with a Proposed Order extending the time for Plaintiff to file an amended complaint to February 22, 2022, with Defendants' response deadline on March 24, 2022, which the Court approved;

WHEREAS, on February 18, 2022, Plaintiff sought an additional 22-day extension from Defendants to file its amended complaint, of which Defendants agreed, as Plaintiff needs additional time to investigate certain factual evidence to support one or more of its causes of action, which was an issue specifically raised in the parties' meet and confer discussions;

WHEREAS, the Court has not entered a scheduling order or otherwise entered any deadlines;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the parties in this action;

WHEREAS, this Stipulation is not submitted to delay, hinder, or impede the efficient and orderly administration of the above-captioned cause;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendants, by and through their undersigned counsel, that

1) Plaintiff shall have until March 16, 2022 to file its amended complaint, and in connection with this filing, the parties shall also submit their stipulation and Proposed Order that Plaintiff be given leave to file the amended complaint, and

2) Defendants shall have until April 15, 2022 to answer and/or respond to the amended complaint.

**IT IS SO STIPULATED**.

DATED: February 18, 2022

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Marshall M. Searcy III*
　　Marshall M. Searcy III
　　Scott B. Kidman
　　Attorneys for Playboy Enterprises International, Inc.
　　Products Licensing, LLC

DATED: February 18, 2022

Respectfully submitted,

DUANE MORRIS, LLP

By  */s/ Cyndie M. Chang*
　　Cyndie M. Chang
　　Attorney Thai Nippon Rubber Industry Public Limited Company

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2022, I electronically filed the **Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint And Defendants' Response** with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties.

I also certify the document was served via U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the document through the CM/ECF system.:

*/s/ Cyndie M. Chang*
Cyndie M. Chang

-1-

Certificate of Service