UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>    Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**[Proposed] Order Granting Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint and Defendants' Response** |

**THE COURT**, having considered the parties' "Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint and Defendants' Response" (the "Stipulation"); and GOOD CAUSE appearing therefor;

**HEREBY ORDERS THAT**:

1. The Stipulation is GRANTED;

2. Plaintiff Thai Nippon Rubber Industry Public Limited Company shall have until March 16, 2022 to file its amended complaint; and

2) Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC shall have until April 15, 2022 to file their answer or otherwise respond to the amended complaint.

-1-

C:\Users\aflores\Desktop\Cyndie\2022-02-18 [P] Order Granting Stipulation re Scheduling of Filing Amended Complaint.docx

[Proposed] Order Granting Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint and Defendants' Response

IT IS SO ORDERED.

Dated: _____          _____
                                                                            JOHN F. WALTER
                                                                UNITED STATES DISTRICT JUDGE

C:\Users\aflores\Desktop\Cyndie\2022-02-18 [P] Order Granting Stipulation re Scheduling of Filing Amended Complaint.docx

-2-

[Proposed] Order Granting Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint and Defendants' Response