UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Playboy Enterprises International, Inc., and Products Licensing, LLC,<br><br>　　　　　Defendants. | Case No. 2:21cv9749-JFW-PDx<br><br>**Order Granting Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint and Defendants' Response** |

**THE COURT**, having considered the parties' "Stipulation Re Scheduling of Filing of Plaintiff's Amended Complaint and Defendants' Response" (the "Stipulation"); and GOOD CAUSE appearing therefor;

**HEREBY ORDERS THAT**:

1. The Stipulation is GRANTED;

2. Plaintiff Thai Nippon Rubber Industry Public Limited Company shall have until March 16, 2022 to file its amended complaint; and

2) Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC shall have until April 15, 2022 to file their answer or otherwise respond to the amended complaint.

IT IS SO ORDERED.

Dated: February 22, 2022

*[signature]*

Hon. John F. Walter, U. S. District Judge