Cyndie M. Chang (SBN 227542)
  CMChang@duanemorris.com
Angelica Zabanal (SBN 303329)
  AAZabanal@duanemorris.com
Diane Byun (SBN 337155)
  DByun@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Plaintiff
*Thai Nippon Rubber Industry Public Limited Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | Case No. 2:21-cv-09749-JFW<br><br>**NOTICE OF ERRATA TO PLAINTIFF THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:<br>Time:<br>Place: Courtroom 7A<br>Judge: Hon. John F. Walter |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Docket No. 26, Plaintiff Thai Nippon Rubber Industry Public Limited Company's First Amended Complaint ("FAC"), inadvertently included internal comments from Plaintiff's counsel at the following pages and lines: (1) Page 12, Line 19; (2) Page 16, Line 4; (3) Page 18, Line 19; and (4) Page 22, Line 18. As such, that docket entry should be disregarded as the internal comments should not have been included in the initially filed FAC due to privilege. Pursuant to Rule 3(f) of the Standing Order, Plaintiff attaches a corrected version of the FAC in its entirety.

Respectfully submitted,

Dated: March 16, 2022

**DUANE MORRIS LLP**

By: */s/ Cyndie M. Chang*
Cyndie M. Chang

Attorneys for Plaintiff
*Thai Nippon Rubber Industry Public Limited Company*