# EXHIBIT 4

## AMENDMENT TO NOVATION AGREEMENT

THIS AMENDMENT TO NOVATION AGREEMENT (hereinafter the "**Amendment**") hereby amends that certain Novation Agreement made on April 12, 2018 (the "**Agreement**"),

AMONG:

(1) **THAI NIPPON RUBBER INDUSTRY PUBLIC COMPANY LIMITED**, a public company duly registered and existing under the laws of Thailand having its registered office at 1 Charoenrat Road, Thung Wat Don, Sathon Bangkok 10120 (hereinafter referred to as "**TNR**");

(2) **UNITED MEDICAL DEVICES, LLC**, a private company duly registered and existing under the laws of California having its registered office at 1901 Avenue of the stars, Suite 470 Los Angeles, CA 90067 (hereinafter referred to as the "**UMD**"); and

(3) **PRODUCTS LICENSING LLC**, a private company duly registered and existing under the laws of Delaware having its registered office at 9346 Civic Center Drive, Suite 200, Beverly Hills, CA 90210 (hereinafter referred to as the "**Playboy**"),

(each hereinafter referred to as a "**Party**", and collectively referred to as the "**Parties**").

This Amendment is hereby incorporated into the Agreement by reference. All capitalized terms not otherwise defined shall have the meanings ascribed to them in the Agreement.

**WHEREAS**, pursuant to Clause 11.2 of the Agreement, the Parties wish to amend the Agreement as set forth herein.

**THEREFORE**, in consideration of the mutual promises and covenants herein and for other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1. The definition of "Effective Date" set out in Clause 1.1 is hereby deleted and replaced with the following:

   "**Effective Date**" means the date on which Playboy confirms in writing its receipt of U.S.$500,000 (Playboy's share of the First Payment as defined in the Sale and Purchase Agreement) from UMD as described in Clause 3(a) of this Agreement.

2. Clause 3 of the Agreement is hereby deleted in its entirety and replaced with the following:

   **3. CONSIDERATION**

   Immediately upon UMD's receipt from TNR, consideration for the novation of the Product License Agreement shall be paid by UMD directly to Playboy to an account to be designated by Playboy as follows:

   (a) U.S.$500,000 (Playboy's share of the First Payment as defined in the Sale and Purchase Agreement); and

   (b) U.S.$250,000 (Playboy's share of the Second Payment as defined in the Sale and Purchase Agreement).

1

> TNR and UMD acknowledge and agree that U.S.$15,000,000 (the sum of the First Payment and the Second Payment as such terms are defined in the Sale and Purchase Agreement) are the sole consideration and/or value that TNR is paying or providing to UMD for the Transaction and/or the Assigned Rights as defined in the Sale and Purchase Agreement.

3. Except as expressly modified above, all of the other terms and conditions of the Agreement shall remain in full force and effect and shall be applicable to the terms hereof; provided that, to the extent a provision of this Amendment conflicts with a provision of the Agreement, the provision in this Amendment shall govern and control.

*[SIGNATURE PAGE FOLLOWS]*

**IN WITNESS WHEREOF,** this Agreement is made and signed in three identical copies in English. All Parties have read and understood this Agreement and affixed their signatures and companies seals (if any) to this Agreement on the date first above written.

Signed for and on behalf of

**THAI NIPPON RUBBER INDUSTRY PUBLIC COMPANY LIMITED**

by _____

( AMORN DARARATTANAROJ )

**UNITED MEDICAL DEVICES, LLC**

by _____

( )

**PRODUCTS LICENSING LLC**

by _____

( )

in the presence of:

_____ Witness

( )

_____ Witness

( Chavin Thiencharoen )

_____ Witness

( Nuttavee Amo )

3

**IN WITNESS WHEREOF,** this Agreement is made and signed in three identical copies in English. All Parties have read and understood this Agreement and affixed their signatures and companies seals (if any) to this Agreement on the date first above written.

Signed for and on behalf of

**THAI NIPPON RUBBER INDUSTRY PUBLIC COMPANY LIMITED**

by _____

(                                        )

**UNITED MEDICAL DEVICES, LLC**

by _____

(                                        )

**PRODUCTS LICENSING LLC**

by _____

(                                        )

in the presence of:

_____ Witness

(                                        )

_____ Witness

(                                        )

_____ Witness

(                                        )