| | |
|---|---|
| 1 | Marshall M. Searcy III (SBN 169269) |
|  | MarshallSearcy@quinnemanuel.com |
| 2 | Scott B. Kidman (SBN 119856) |
|  | ScottKidman@quinnemanuel.com |
| 3 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|  | 865 South Figueroa Street, 10th Floor |
| 4 | Los Angeles, California 90017-2543 |
|  | Telephone:  (213) 443-3000 |
| 5 | Facsimile:    (213) 443-3100 |
| 6 | Attorneys for Defendants |
|  | *Playboy Enterprises International, Inc.* |
| 7 | *Products Licensing, LLC* |
| 8 | Cyndie M. Chang (SBN 227542) |
|  | CMChang@duanemorris.com |
| 9 | Angelica Zabanal (SBN 303329) |
|  | AAZabanal@duanemorris.com |
| 10 | Diane Byun (SBN 337155) |
|  | DByun@duanemorris.com |
| 11 | **DUANE MORRIS LLP** |
|  | 865 South Figueroa Street, Suite 3100 |
| 12 | Los Angeles, California 90017-5450 |
|  | Telephone: (213) 689-7400 |
| 13 | Facsimile: (213) 689-7401 |
| 14 | Mark Holscher (SBN 139582) |
|  | Mark.Holscher@kirkland.com |
| 15 | Kristin Rose (SBN 278284) |
|  | Kristin.Rose@kirkland.com |
| 16 | **KIRKLAND & ELLIS LLP** |
|  | 555 South Flower Street |
| 17 | Los Angeles, California 90071 |
|  | Telephone: (213) 680-8400 |
| 18 | Facsimile: (213) 680-8500 |
| 19 | Attorneys for Plaintiff |
|  | *Thai Nippon Rubber Industry Public* |
| 20 | *Limited Company* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY, | Case No. 2:21cv9749-JFW-PD |
|  | **STIPULATION TO REMOVE DOCKET NO. 26 FROM DOCKET** |
| Plaintiff, |  |
| vs. |  |
|  | Filed/Lodged Concurrently With: |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., AND PRODUCTS LICENSING, LLC, AND NICHOLAI ALLEN, | Proposed Order |
| Defendants. |  |

| | |
|---|---|
| 1 | Pursuant to the Notice of Errata filed by Thai Nippon Rubber Industry Public |
| 2 | Limited Company ("Plaintiff") on March 16, 2022 at 6:10 PM, Docket No. 26 was |
| 3 | inadvertently filed with the incorrect document. Plaintiff re-filed the correct |
| 4 | document on March 16, 2022 at 6:56 PM. Accordingly, Plaintiff and Defendants |
| 5 | Playboy Enterprises International, Inc., and Products Licensing, LLC |
| 6 | ("Defendants"), by and through their counsel of record, respectfully request the |
| 7 | removal of Docket No. 26 from the docket. |
| 8 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, |
| 9 | between Plaintiff and Defendants, by and through their undersigned counsel, that |
| 10 | Docket No. 26 be removed from the docket. |
| 11 | **IT IS SO STIPULATED**. |

| | | |
|---|---|---|
| 1 | DATED: March 17, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By _____
Marshall M. Searcy III
Scott B. Kidman
Attorneys for Playboy Enterprises International, Inc.
Products Licensing, LLC

DATED: March 17, 2022

Respectfully submitted,

DUANE MORRIS, LLP

By  */s/ Cyndie M. Chang* _____
Cyndie M. Chang
Attorney Thai Nippon Rubber Industry Public Limited Company

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2022, I electronically filed the **Stipulation to Remove Docket No. 26 from Docket** with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties.

I also certify the document was served via U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the document through the CM/ECF system.:

*/s/ Cyndie M. Chang*
Cyndie M. Chang