# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., AND PRODUCTS LICENSING, LLC, AND NICHOLAI ALLEN,<br><br>Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMOVE DOCKET NO. 26 FROM DOCKET** |

**THE COURT**, having considered the parties' "Stipulation to Remove Docket No. 26 from Docket" (the "Stipulation"); and GOOD CAUSE appearing therefor;

**HEREBY ORDERS THAT**:

1. The Stipulation is GRANTED; and
2. Docket No. 26 shall be removed from the docket.

IT IS SO ORDERED.

Dated: _____        _____
                                                                             JOHN F. WALTER
                                                                             UNITED STATES DISTRICT JUDGE