1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  Kristin Rose (SBN 278284)
   kristin.rose@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 South Flower Street
4  Los Angeles, CA 90071
   Telephone:   (213) 680-8400
5  Facsimile:   (213) 680-8500

6  Attorneys for Plaintiff
   *Thai Nippon Rubber Industry Public Limited Company*
7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | THAI NIPPON RUBBER INDUSTRY         | Case No. 2:21-cv-09749-JFW (PDx)
   | PUBLIC LIMITED COMPANY,             |
12 |                                     | **PROOF OF SERVICE OF DEFENDANT**
   |          Plaintiff,                 | **NICHOLAI ALLEN**
13 |                                     |
   |     v.                              | Complaint Filed: December 17, 2021
14 |                                     |
   | PLAYBOY ENTERPRISES                 |
15 | INTERNATIONAL, INC., PRODUCTS       |
   | LICENSING, LLC and NICHOLAI         |
16 | ALLEN                               |
17 |                                     |
   |          Defendants.                |

18

19

20

21

22

23

24

25

26

27

28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Kristin Rose (SBN 278284)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (213) 680-8400    FAX NO. *(Optional)*: (213) 680-8500<br>E-MAIL ADDRESS *(Optional)*: kristin.rose@kirkland.com<br>ATTORNEY FOR *(Name)*: Thai Nippon Rubber Industry, Public Limited Company | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 350 West 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: Thai Nippon Rubber Industry, Public Limited Company<br>DEFENDANT/RESPONDENT: Playboy Enterprises International, Inc., et al. | CASE NUMBER:<br>2:21-CV-9749-JFW (PDx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Judicial Assignment; JFW Standing Order; 2022.02.22 Court Order; 2022.02.02 Civil Minutes
3. a. Party served *(specify name of party as shown on documents served)*:
      Nicholai Allen
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Gary Devlin, Counsel
4. Address where the party was served:
   Gary Devlin, Hinshaw & Culbertson LLP, 350 S. Grand Ave, Suite 3600, Los Angeles, CA / gdevlin@hinshawlaw.com
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:              (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:              from *(city)*:              or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: Thai Nippon Rubber Industry, Public Limited Company | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Playboy Enterprises International, Inc., et al. | 2:21-CV-9749-JFW (PDx) |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [x] **by other means** *(specify means of service and authorizing code section)*:
I caused said documents listed in item 2 to be transmitted by electronic mail to Gary Devlin, Hinshaw & Culbertson LLP, 350 S. Grand Ave, Suite 3600, Los Angeles, CA, gdevlin@hinshawlaw.com, counsel for Defendant Nicholai Allen per agreement. The documents were transmitted by electronic transmission on March 22, 2022 at 5:37 p.m. without error.

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [x] On behalf of *(specify)*: Nicholai Allen
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)    [x] 416.90 (authorized person)
    [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
        [ ] other:

7. **Person who served papers**
  a. Name: Nicholas Ciaccio
  b. Address: Kirkland & Ellis, LLP, 555 South Flower Street, Los Angeles, CA 90071
  c. Telephone number: (310) 552-4336
  d. **The fee** for service was: $
  e. I am:
    (1) [x] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
        (i) [ ] owner  [ ] employee  [ ] independent contractor.
        (ii) Registration No.:
        (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 23, 2022

NICHOLAS CIACCIO                  ▶ */s/ signature*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)