# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY, | Case No. 2:21cv9749-JFW-PDx |
| Plaintiff, | **ORDER** |
| vs. | |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., AND PRODUCTS LICENSING, LLC, AND NICHOLAI ALLEN, | |
| Defendants. | |

**THE COURT**, having considered the parties' "Stipulation to Remove Docket No. 26 from Docket" (the "Stipulation"); and GOOD CAUSE appearing therefor;

**HEREBY ORDERS THAT**:

Docket No. 26 shall be restricted from public view.

IT IS SO ORDERED.

Dated:  March 29, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE