QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Marshall M. Searcy III (SBN 169269)
  marshallsearcy@quinnemanuel.com
  Scott B. Kidman (SBN 119856)
  scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for Defendants
Playboy Enterprises International, Inc.
Products Licensing, LLC

DUANE MORRIS LLP
  Cyndie M. Chang (SBN 227542)
  CMChang@duanemorris.com
  Angelica Zabanal (SBN 303329)
  AAZabanal@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: (213) 689 7400
Fax: (213) 689 7401

KIRKLAND & ELLIS LLP
Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiffs Thai Nippon
Rubber Industry Public Limited
Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company, <br><br> Plaintiff, <br><br> vs. <br><br> Playboy Enterprises International, Inc., and Products Licensing, LLC <br><br> Defendants. | Case No. 2:21cv9749-JFW <br><br> **JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE** <br><br> Trial Date:        None Set |

Case No. 2:21cv9749-JFW

JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE

Pursuant to Rule 5(b) of the Court's Standing Order, the parties jointly state that:

1.      On April 7, 2022, Marshall M. Searcy, counsel of record for Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC, and Cyndie Chang, counsel of record for Plaintiff Thai Nippon Rubber Industry Public Company ("TNR"), met and conferred pursuant to Local Rule 7-3.  Also present for the conference for TNR were Kristin Rose and Mark Holscher.

2.      Counsel for Plaintiff and Defendants met in person at 555 South Flower Street, at the offices of Kirkland & Ellis.  Counsel conferred for approximately 40 minutes.  Counsel discussed Defendants' anticipated motion to dismiss and the issues raised in a meet and confer letter sent by Defendants concerning the motion to dismiss on March 24, 2022.

3.      During these discussions, counsel for Defendants reiterated that they intended to move to dismiss TNR's (1) California's franchise laws claims; (2) TNR's tortious interference claims; (3) fraudulent inducement claims; (4) conversion claims and (5) section 17200 claims.  Though TNR has amended its claims, Defendants contend that TNR's claims fail as a matter of law and any further amendment will be futile.  The parties were not able to come to an agreement on these issues.  However, as discussed during the conference, Defendants do not intend at this time to seek dismissal of TNR's breach of contract and breach of good faith claims.

DATED:  April 8, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Marshall M. Searcy III

Attorney for Defendant
Playboy Enterprises International, Inc., and
Products Licensing, LLC

DATED:  April 8, 2022

DUANE MORRIS, LLP

By _____/s/ Cyndie M. Chang_____
Cyndie M Chang

Attorney for Plaintiffs Thai Nippon Rubber
Industry Public Limited Company

1

## CERTIFICATE OF SERVICE

2

 I hereby certify that on this 8th day of April, 2022, I electronically filed the

3

**JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE**

4

using the CM/ECF system which will send notification of such to all parties. I also

5

6

certify the document was served via U.S. Mail on anyone unable to accept electronic

7

filing as indicated on the Notice of Electronic Filing.  Parties may access the

8

document through the CM/ECF system.

9

10

11

    ____/s/ Andrea Llamas_____

12

    Andrea Llamas

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28