GARY E. DEVLIN (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  310-909-8000
Facsimile:  310-909-8001

Attorneys for Defendant NICHOLAI ALLEN

Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Phone: 213-680-8400
Fax: 213-680-8500

Attorneys for Plaintiff
THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>　　　　Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>(Honorable John F. Walter, Courtroom "7A")<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  3/22/22<br>Current response date:  4/12/22<br>New response date:  5/12/22 |

1
STIPULATION TO EXTEND TIME TO RESPOND TO FAC
Case No. 2:21-cv-09749-JFW-PD
1049453\310487521.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, Plaintiff THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY ("Plaintiff"), served Defendant NICHOLAI ALLEN ("Defendant" or "Defendant Allen") with its First Amended Complaint ("FAC") on March 22, 2012 via email service (as agreed by Defendant's counsel identified herein). *The FAC is the first version of Plaintiff's Complaint to which Defendant Allen was named as a party to this case*;

WHEREAS, Defendant's response to the FAC is presently due by April 12, 2022; and;

WHEREAS, Defendant has requested and Plaintiff has agreed to stipulate, pursuant to Rule 8-3 of Local Rules for the United States District Court for the Central District of California, to an extension of 30 days beyond April 12, 2022 for Defendant to respond to the FAC.

///
///
///

2
STIPULATION TO EXTEND TIME TO RESPOND TO FAC
Case No. 2:21-cv-09749-JFW-PD
1049453\310487521.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

NOW THEREFORE, Defendant shall have a 30 day extension to respond to the FAC in this action, making Defendant Allen's response to the FAC due on or before May 12, 2022.

**STIPULATED AND AGREED**.

DATED: April 12, 2022                HINSHAW & CULBERTSON LLP

By: */s/ Gary E. Devlin*
GARY E. DEVLIN
Attorneys for Defendant NICHOLAI ALLEN

DATED: April 12, 2022                KIRKLAND & ELLIS LLP

By: */s/ Kristin Rose*
KRISTIN ROSE
Attorneys for Plaintiff
THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

3
STIPULATION TO EXTEND TIME TO RESPOND TO FAC
Case No. 2:21-cv-09749-JFW-PD
1049453\310487521.v1

# CERTIFICATE OF SERVICE

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On **April 12, 2022**, I served the document(s) entitled, **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **April 12, 2022**, at Los Angeles, California.

Robin Mojica

1
CERTIFICATE OF SERVICE
Case No. 2:21-cv-09749-JFW-PD

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1049453\310487521.v1

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

| | |
|---|---|
| Cyndie M. Chang (SBN 227542) | Attorneys for Plaintiff |
| CMChang@duanemorris.com | THAI NIPPON RUBBER INDUSTRY |
| Angelica Zabanal (SBN 303329) | PUBLIC LIMITED COMPANY |
| AAZabanal@duanemorris.com | |
| Diane Byun (SBN 337155) | |
| DByun@duanemorris.com | |
| DUANE MORRIS LLP | |
| 865 South Figueroa Street, Suite 3100 | |
| Los Angeles, CA 90017-5450 | |
| Phone: 213-689-7400 | |
| Fax: 213-689-7401 | |
| | |
| Mark Holscher (SBN 139582) | Attorneys for Plaintiff |
| mark.holscher@kirkland.com | THAI NIPPON RUBBER INDUSTRY |
| Kristin Rose (SBN 278284) | PUBLIC LIMITED COMPANY |
| kristin.rose@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 555 South Flower Street | |
| Los Angeles, CA 90071 | |
| Phone: 213-680-8400 | |
| Fax: 213-680-8500 | |
| | |
| Marshall M Searcy , III (SBN 169269) | Attorneys for Defendant |
| marshallsearcy@quinnemanuel.com | PLAYBOY ENTERPRISES |
| Scott B Kidman (SBN 119856) | INTERNATIONAL, INC. and |
| scottkidman@quinnemanuel.com | PRODUCTS LICENSING, LLC |
| QUINN EMANUEL URQUHART AND SULLIVAN LLP | |
| 865 South Figueroa Street 10th Floor | |
| Los Angeles, CA 90017 | |
| Phone: 213-443-3000 | |
| Fax: 213-443-3100 | |

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1
SERVICE LIST
Case No. 2:21-cv-09749-JFW-PD
1049453\310487521.v1