## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Thai Nippon Rubber Industry Public Limited Company**<br><br>Plaintiff(s)<br>v.<br><br>**Playboy Enterprises International, Inc., et al.**<br>Defendant(s). | CASE NUMBER:<br><br>**CV 21-9749-JFW(PDx)**<br><br>**ORDER VACATING SCHEDULING CONFERENCE, REFERRAL TO PRIVATE MEDIATION, and DISMISSING ANY UNSERVED DOE DEFENDANTS** |

**The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary.  The hearing on May 2, 2022 is vacated and taken off calendar.  A Scheduling and Case Management Order will issue. Any unserved DOE defendants are dismissed at this time.**

**The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:**

**ORDERS** this case referred to:

☐ ADR PROCEDURE NO. 1: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☐ ADR PROCEDURE NO. 2:  This case is referred to the ADR Program.  Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☒ **ADR PROCEDURE NO. 3: (Private mediation).**

  **The ADR proceeding is to be completed no later than: February 6, 2023**
  **The Joint Report re: Results of Settlement Conference due on: February 10, 2023**

 For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: **April 19, 2022**

_____
United States District Judge

CC: ADR