# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY<br><br>Plaintiff(s),<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–09749–JFW–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/25/2022__

Document Number(s):   __43__

Title of Document(s):   __Motion to Dismiss__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Proposed order not submitted pursuant to Local Rule 52–4.1. A Word or Wordperfect version of the proposed order should also be emailed to the chambers generic email address.

Other:

Pursuant to Local Rule 5–4.4.1– Proposed orders not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 26, 2022__         By:  __/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS