QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Marshall M. Searcy III (Bar No. 169269)
  marshallsearcy@quinnemanuel.com
  Kristen Bird (Bar No. 192863)
  kristenbird@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone:  (213) 443–3000
Facsimile:  (213) 443–3100

Attorneys for Defendants,
Playboy Enterprises International, Inc.,
and Products Licensing LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | Case No. 2:21–cv–09749–JFW<br><br>Hon. John F. Walter<br><br>**DEFENDANTS PLAYBOY ENTERPRISES INTERNATIONAL, INC., and PRODUCTS LICENSING LLC's AMENDED NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: May 23, 2022<br>Time: 1:30 p.m.<br>Location: 7A<br><br>Complaint Filed: March 16, 2022<br><br>Pre-Trial Conference Date: September 1, 2023<br><br>Trial Date: September 26, 2023 |

## NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS

PLEASE TAKE NOTICE that on May 23, 2022, at 1:30 p.m., or on such other date as may be agreed upon or ordered, in Courtroom 7A of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California, Defendants Playboy Enterprises International, Inc., and Products Licensing LLC will and hereby do move this Court to dismiss Plaintiff's First Amended Complaint in part. This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6), and is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and accompanying exhibits filed concurrently with this Motion, all pleadings and papers filed herein, oral argument of counsel, and any other matter that the Court may consider on this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 18, 2022.

DATED:  April 26, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
MARSHALL M. SEARCY III
Attorneys for Defendants,
Playboy Enterprises International, Inc., and Products Licensing LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2022, I electronically filed the **DEFENDANTS PLAYBOY ENTERPRISES INTERNATIONAL, INC., and PRODUCTS LICENSING LLC's AMENDED NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** using the CM/ECF system which will send notification of such to all parties. I also certify the document was served via U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the document through the CM/ECF system.

    /s/ Andrea Llamas

Andrea Llamas

Case No. 2:21cv9749-JFW

**DEFENDANTS PLAYBOY ENTERPRISES INTERNATIONAL, INC., and PRODUCTS LICENSING LLC's AMENDED NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

07281-00001/13311756.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28