| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Marshall M. Searcy III (Bar No. 169269)<br>marshallsearcy@quinnemanuel.com |
| 3 | Kristen Bird (Bar No. 192863)<br>kristenbird@quinnemanuel.com |
| 4 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017–2543 |
| 5 | Telephone: (213) 443–3000<br>Facsimile: (213) 443–3100 |
| 6 | Attorneys for Defendants, |
| 7 | Playboy Enterprises International, Inc.,<br>and Products Licensing LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | Case No. 2:21–cv–09749–JFW<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: May 23, 2022<br>Time: 1:30 p.m.<br>Location: 7A<br><br>Complaint Filed: March 16, 2022<br><br>Pre-Trial Conference Date: September 1, 2023<br><br>Trial Date: September 26, 2023 |

# [PROPOSED] ORDER

Defendants Playboy Enterprises International, Inc., and Products Licensing LLC ("Playboy") moved the Court for an order dismissing Plaintiff Thai Nippon Rubber Industry Public Limited Company's ("TNR") first, second, fifth, sixth, seventh, eighth, ninth, and tenth causes of action with prejudice, as set out in TNR's First Amended Complaint.  Having considering the moving papers, the pleadings, the arguments advanced by the parties, and the applicable legal standards, the Court hereby GRANTS Playboy's Partial Motion to Dismiss and dismisses TNR's first, second, fifth, sixth, seventh, eighth, ninth, and tenth causes of action with prejudice

**IT IS SO ORDERED.**

DATED: _____

                      HON. JOHN F. WALTER
                      UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2022, I electronically filed the **[PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER AND/OR RESPOND TO PLAINTIFF'S INITIAL COMPLAINT** using the CM/ECF system which will send notification of such to all parties. I also certify the document was served via U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access the document through the CM/ECF system.

    _/s/ Andrea Llamas_

Andrea Llamas