1  Cyndie M. Chang (SBN 227542)
   CMChang@duanemorris.com
2  DUANE MORRIS LLP
   865 South Figueroa Street, Suite 3100
3  Los Angeles, CA 90017-5450
   Telephone: (213) 689-7400
4  Fax: (213) 689-7401

5  Mark Holscher (SBN 139582)           Marshall M. Searcy III (SBN 169269)
   mark.holscher@kirkland.com            marshallsearcy@quinnemanuel.com
6  Kristin Rose (SBN 278284)             QUINN EMANUEL URQUHART &
   kristin.rose@kirkland.com             SULLIVAN, LLP
7  KIRKLAND & ELLIS LLP                  865 South Figueroa Street, 10th Floor
   555 South Flower Street               Los Angeles, CA 90017
8  Los Angeles, CA 90071                 Telephone: (213) 443-3000
   Telephone: (213) 680-8400
9  Facsimile: (213) 680-8500             *Attorneys for Defendants Playboy
                                         Enterprises International, Inc. and
10 *Attorneys for Plaintiff*             Products Licensing, LLC*
   *Thai Nippon Rubber Industry Public
11 Limited Company*

12                          **UNITED STATES DISTRICT COURT**

13                         **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY, | Case No. 2:21-cv-09749-JFW(PDx) |
| | The Honorable John F. Walter |
| Plaintiff, | **STIPULATION RE SCHEDULING OF HEARING ON PLAYBOY'S MOTION TO DISMISS** |
| v. | |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Current Hearing Date: 5/23/22 |
| | New Hearing Date: 6/27/22 |
| | Trial Date: 9/26/23 |
| | Pre-Trial Conference: 9/1/23 |
| | Motion Hearing Cut-Off: 7/10/23 |
| | Discovery Cut-Off: 6/28/23 |
| | First Amended Complaint Filed: 3/16/22 |

1  Plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR") and
2  Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC
3  ("Playboy"), by and through their counsel of record, respectfully submit the following
4  stipulation ("Stipulation") as to the scheduling of a hearing on Playboy's Motion to
5  Dismiss the First Amended Complaint per Local Rule 8-3 and the Court's Standing
6  Order:
7  WHEREAS, TNR filed its initial complaint on December 17, 2021 and served its
8  summons and complaint on Playboy on December 21, 2021;
9  WHEREAS, on December 29, 2021, the Court granted the parties' stipulation that
10 Playboy be required to serve its answer and/or respond to the initial complaint by
11 February 1, 2022;
12 WHEREAS, on January 28, 2022, TNR and Playboy submitted a stipulation and
13 proposed order extending the time for TNR to file an amended complaint to February 22,
14 2022, which the Court approved;
15 WHEREAS, on February 18, 2022, TNR and Playboy submitted a stipulation and
16 proposed order extending the time for TNR to file its amended complaint until March 16,
17 2022, which the Court approved;
18 WHEREAS, TNR filed its First Amended Complaint on March 16, 2022;
19 WHEREAS, Playboy filed its Motion to Dismiss the First Amended Complaint on
20 April 25, 2022, which stated that a hearing would take place on May 23, 2022 at 1:30
21 p.m.;
22 WHEREAS, on April 26, 2022, the Court issued a notice that Playboy would need
23 to take action to correct its Motion to Dismiss to address certain issues with respect to the
24 hearing date and proposed order;
25 WHEREAS, on April 26, 2022, Playboy re-filed its Motion to Dismiss to address
26 the issues identified by the Court;
27 WHEREAS, on April 19, 2022, the Court entered a Scheduling and Case
28

1
STIPULATION RE SCHEDULING OF HEARING ON PLAYBOY'S MOTION TO DISMISS
DM3\8673535.1

1  Management Order, which set a discovery cutoff of June 28, 2023, a pre-trial conference
2  date of September 1, 2023, and a jury trial to begin on September 26, 2023;
3      WHEREAS, counsel for TNR has requested that the parties move the hearing date
4  on Playboy's Motion to Dismiss, to which Playboy has agreed, and June 27, 2022 is the
5  earliest date of mutual availability for the parties and the Court;
6      WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or
7  defenses otherwise available to the parties in this action;
8      WHEREAS, this Stipulation is not submitted to delay, hinder, or impede the
9  efficient and orderly administration of the above-captioned case;
10      WHEREAS, this Stipulation does not require modification or amendment of the
11  Court's April 19, 2022 Scheduling and Case Management Order;
12      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
13  TNR and Playboy, by and through their undersigned counsel, that:
14      1) A hearing on Playboy's Motion to Dismiss the First Amended Complaint shall
15  take place on June 27, 2022 at 1:30 p.m.;
16      2) In accordance with Local Rule 7-9, any opposition by TNR to Playboy's Motion
17  to Dismiss shall be due by May 23, 2022; and
18      3) In accordance with Local Rule 7-9, Playboy's reply in support of its Motion to
19  Dismiss shall be due by June 6, 2022.
20      **IT IS SO STIPULATED.**

DATED: April 27, 2022      DUANE MORRIS, LLP,

By: /s/ *Cyndie M. Chang*
      Cyndie M. Chang

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

DATED: April 27, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Marshall M. Searcy III
Marshall M. Searcy III

*Attorneys for Defendants Playboy Enterprises International, Inc. and Products Licensing, LLC*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.

I, Cyndie M. Chang, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: *Cyndie M. Chang*
Cyndie M. Chang