| | |
|---|---|
| 1<br>2<br>3<br>4 | Cyndie M. Chang (SBN 227542)<br>CMChang@duanemorris.com<br>DUANE MORRIS LLP<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA  90017-5450<br>Telephone:  (213) 689-7400<br>Fax:  (213) 689-7401 |

| | | |
|---|---|---|
| 5<br>6<br>7<br>8<br>9 | Mark Holscher (SBN 139582)<br>mark.holscher@kirkland.com<br>Kristin Rose (SBN 278284)<br>kristin.rose@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA  90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 | Marshall M. Searcy III (SBN 169269)<br>marshallsearcy@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>Telephone:  (213) 443-3000<br><br>*Attorneys for Defendants Playboy Enterprises International, Inc. and Products Licensing, LLC* |
| 10<br>11 | *Attorneys for Plaintiff*<br>*Thai Nippon Rubber Industry Public Limited Company* | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:21-cv-09749-JFW(PDx)<br><br>The Honorable John F. Walter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING OF HEARING ON PLAYBOY'S MOTION TO DISMISS**<br><br>Current Hearing Date: 5/23/22<br>New Hearing Date: 6/27/22<br><br>Trial Date:  9/26/23<br>Pre-Trial Conference: 9/1/23<br>Motion Hearing Cut-Off: 7/10/23<br>Discovery Cut-Off: 6/28/23<br><br>First Amended Complaint Filed:  3/16/22 |

The COURT, having considered the parties' "Stipulation Re Scheduling of Hearing on Playboy's Motion to Dismiss" (the "Stipulation"); and GOOD CAUSE appearing therefore;

**HEREBY ORDERS THAT:**

1. The Stipulation is GRANTED;
2. The hearing on Playboy's Motion to Dismiss the First Amended Complaint shall occur on June 27, 2022 at 1:30 p.m.;
3. Pursuant to Local Rule 7-9, any opposition by TNR to Playboy's Motion to Dismiss shall be filed by May 23, 2022; and
4. Pursuant to Local Rule 7-9, any reply by Playboy shall be filed by June 6, 2022.

IT IS SO ORDERED.

DATED: _____    _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE