| | |
|---|---|
| Cyndie M. Chang (SBN 227542)<br>CMChang@duanemorris.com<br>DUANE MORRIS LLP<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA  90017-5450<br>Telephone:  (213) 689-7400<br>Fax:  (213) 689-7401 | |
| Mark Holscher (SBN 139582)<br>mark.holscher@kirkland.com<br>Kristin Rose (SBN 278284)<br>kristin.rose@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA  90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br><br>*Attorneys for Plaintiff*<br>*Thai Nippon Rubber Industry Public Limited Company* | Marshall M. Searcy III (SBN 169269)<br>marshallsearcy@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>Telephone:  (213) 443-3000<br><br>*Attorneys for Defendants Playboy Enterprises International, Inc. and Products Licensing, LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Case No. 2:21-cv-09749-JFW(PDx)<br><br>The Honorable John F. Walter<br><br>**STIPULATION RESCHEDULING OF HEARING ON PLAYBOY'S MOTION TO DISMISS**<br><br>Current Hearing Date: 5/23/22<br>New Hearing Date: 6/27/22<br><br>Trial Date:  9/26/23<br>Pre-Trial Conference: 9/1/23<br>Motion Hearing Cut-Off: 7/10/23<br>Discovery Cut-Off: 6/28/23<br><br>First Amended Complaint Filed:  3/16/22 |

07468-00001/13345946.1

JOINT STIPULATION

DM3\8680981.1

Plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR") and Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC ("Playboy"), by and through their counsel of record, respectfully submit the following stipulation ("Stipulation") as to the scheduling of a hearing on Playboy's Motion to Dismiss the First Amended Complaint per Local Rule 8-3 and the Court's Standing Order:

WHEREAS, TNR filed its initial complaint on December 17, 2021 and served its summons and complaint on Playboy on December 21, 2021;

WHEREAS, on December 29, 2021, the Court granted the parties' stipulation that Playboy be required to serve its answer and/or respond to the initial complaint by February 1, 2022;

WHEREAS, on January 28, 2022, TNR and Playboy submitted a stipulation and proposed order extending the time for TNR to file an amended complaint to February 22, 2022, which the Court approved;

WHEREAS, on February 18, 2022, TNR and Playboy submitted a stipulation and proposed order extending the time for TNR to file its amended complaint until March 16, 2022, which the Court approved;

WHEREAS, TNR filed its First Amended Complaint on March 16, 2022;

WHEREAS, Playboy filed its Motion to Dismiss the First Amended Complaint on April 25, 2022, which stated that a hearing would take place on May 23, 2022 at 1:30 p.m.;

WHEREAS, on April 26, 2022, the Court issued a notice that Playboy would need to take action to correct its Motion to Dismiss to address certain issues with respect to the hearing date and proposed order;

WHEREAS, on April 26, 2022, Playboy re-filed its Motion to Dismiss to address the issues identified by the Court;

1   WHEREAS, on April 19, 2022, the Court entered a Scheduling and Case Management Order, which set a discovery cutoff of June 28, 2023, a pre-trial conference date of September 1, 2023, and a jury trial to begin on September 26, 2023;

WHEREAS, counsel for TNR has requested that the parties move the hearing date on Playboy's Motion to Dismiss, to which Playboy has agreed, and June 6, 2022 is the earliest date of mutual availability for the parties and the Court;

WHEREAS, good cause exists for rescheduling the hearing date on Playboy's Motion to Dismiss from May 23, 2022 to June 6, 2022, as counsel for TNR are not available on the May 23, 2022 hearing date noticed by Playboy, and June 6, 2022 is the earliest date of mutual availability for the parties and the Court;

WHEREAS, good cause further exists because this is a complex action involving a Motion to Dismiss eight claims, and the existing time frame for TNR to respond to the Motion to Dismiss within a week is extremely challenging to TNR in light of the significant amount of argument, analysis, and logistics involved in preparing its response, which includes communicating and obtaining client approval from TNR, a foreign entity that meets on a weekly basis, coordination of the schedule of two law firms that represent TNR, and the deadlines of counsel in other matters;

WHEREAS, good cause further exists for rescheduling the hearing date on Playboy's Motion to Dismiss, as the current briefing schedule that would require TNR's Opposition to be filed within a week on May 2, 2022 does not permit sufficient time for counsel for TNR to obtain input and approval from TNR, a foreign entity that meets on a weekly basis;

WHEREAS, good cause further exists for rescheduling the hearing date on Playboy's Motion to Dismiss, as the parties have mutually agreed that a June 6, 2022 hearing date, May 16, 2022 opposition deadline, and May 27, 2022 reply deadline provides a reasonable timeline for the parties to submit opposition and reply briefing regarding Playboy's Motion to Dismiss;

WHEREAS, both TNR and Playboy have worked cooperatively and in good faith throughout this case on scheduling matters, and to the the extent this Court is not agreeable to the proposed deadline submitted by the parties, the parties seek at least some lesser extension of time to the existing schedule;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the parties in this action;

WHEREAS, this Stipulation is not submitted to delay, hinder, or impede the efficient and orderly administration of the above-captioned case;

WHEREAS, this Stipulation does not require modification or amendment of the Court's April 19, 2022 Scheduling and Case Management Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between TNR and Playboy, by and through their undersigned counsel, that:

1) A hearing on Playboy's Motion to Dismiss the First Amended Complaint shall take place on June 6, 2022 at 1:30 p.m.;

2) In accordance with Local Rule 7-9, any opposition by TNR to Playboy's Motion to Dismiss shall be due by May 16, 2022; and

3) In accordance with Local Rule 7-9, Playboy's reply in support of its Motion to Dismiss shall be due by May 27, 2022.

**IT IS SO STIPULATED.**

DATED:  April 29, 2022

DUANE MORRIS, LLP,

By: */s/ Cyndie M. Chang*
Cyndie M. Chang

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

DATED:  April 29, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Marshall M. Searcy III*
Marshall M. Searcy III

*Attorneys for Defendants Playboy Enterprises International, Inc. and Products Licensing, LLC*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.**

I, Cyndie M. Chang, am the ECF User whose identification and password are being used to file this document.  Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s Cyndie M. Chang*
Cyndie M. Chang