1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Case No. 2:21-cv-09749-JFW(PDx)<br><br>The Honorable John F. Walter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING OF HEARING ON PLAYBOY'S MOTION TO DISMISS**<br><br>Current Hearing Date: 5/23/22<br>New Hearing Date: 6/27/22<br><br>Trial Date:  9/26/23<br>Pre-Trial Conference: 9/1/23<br>Motion Hearing Cut-Off: 7/10/23<br>Discovery Cut-Off: 6/28/23<br><br>First Amended Complaint Filed:  3/16/22 |

The COURT, having considered the parties' "Stipulation Re Scheduling of Hearing on Playboy's Motion to Dismiss" (the "Stipulation"); and GOOD CAUSE appearing therefore for the reasons set forth in the Stipulation;

HEREBY ORDERS THAT:

1. The Stipulation is GRANTED;

2. The hearing on Playboy's Motion to Dismiss the First Amended Complaint shall occur on June 6, 2022 at 1:30 p.m.;

3. Pursuant to Local Rule 7-9, any opposition by TNR to Playboy's Motion to Dismiss shall be filed by May 16, 2022; and

4. Pursuant to Local Rule 7-9, any reply by Playboy shall be filed by May 27, 2022.

IT IS SO ORDERED.

DATED: _____   _____
                                             JOHN F. WALTER
                                             UNITED STATES DISTRICT JUDGE