1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Case No. 2:21-cv-09749-JFW(PDx)<br><br>The Honorable John F. Walter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING OF HEARING ON PLAYBOY'S MOTION TO DISMISS**<br><br>Motion to Dismiss Filed: April 25, 2022<br>Current Hearing Date: May 23, 2022<br>New Hearing Date: June 6, 2022<br><br>Pre-Trial Conference: September 1, 2023<br>Trial Date:  September 26, 2023<br>First Amended Complaint Filed:  March 16, 2022 |

The COURT, having considered the parties' "Stipulation Re Scheduling of Hearing on Playboy's Motion to Dismiss" (the "Stipulation"); and GOOD CAUSE appearing therefore for the reasons set forth in the Stipulation;

HEREBY ORDERS THAT:

1. The Stipulation is GRANTED;

2. The hearing on Playboy's Motion to Dismiss the First Amended Complaint shall occur on June 6, 2022 at 1:30 p.m.;

3. Pursuant to Local Rule 7-9, any opposition by TNR to Playboy's Motion to Dismiss shall be filed by May 16, 2022; and

4. Pursuant to Local Rule 7-9, any reply by Playboy shall be filed by May 27, 2022.

IT IS SO ORDERED.

DATED: _____   _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE