# DENIED
## BY ORDER OF THE COURT

*The Court will rule on the papers and no appearance will be required on May 23, 2022. Docket No. 48 is denied as moot. Counsel shall take note of the deficiency at docket no. 44 and file correctly in the future.*

4/29/22

*/s/ John F. Walter*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Case No. 2:21-cv-09749-JFW(PDx)<br><br>The Honorable John F. Walter<br><br>**[CORRECTED PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING OF HEARING ON PLAYBOY'S MOTION TO DISMISS [49]** |

The COURT, having considered the parties' "Stipulation Re Scheduling of Hearing on Playboy's Motion to Dismiss" (the "Stipulation"); and GOOD CAUSE appearing therefore for the reasons set forth in the Stipulation;

HEREBY ORDERS THAT:

1. The Stipulation is GRANTED;

2. The hearing on Playboy's Motion to Dismiss the First Amended Complaint shall occur on June 6, 2022 at 1:30 p.m.;

3. Pursuant to Local Rule 7-9, any opposition by TNR to Playboy's Motion to Dismiss shall be filed by May 16, 2022; and

4. Pursuant to Local Rule 7-9, any reply by Playboy shall be filed by May 27, 2022.

**IT IS SO ORDERED.**

DATED:                          By: _____
                                    Hon. John F. Walter
                                    United States District Judge