Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Cyndie M. Chang (SBN 227542)
CMChang@duanemorris.com
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Case No. 2:21-cv-09749-JFW(PDx)<br><br>The Honorable John F. Walter<br><br>**NOTICE AND DECLARATION OF CHANGE OF LEAD TRIAL COUNSEL FOR PLAINTIFF THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY**<br><br>Judge:       Hon. John F. Walter<br><br>Trial Date:  September 26, 2023 |

1. I am over the age of 18 years, I have personal knowledge of the facts stated herein, and I am competent to testify to the statements in the declaration if called upon to do so.

2. I am an attorney and Partner with the law firm Kirkland & Ellis LLP, counsel of record for Plaintiff Thai Nippon Rubber Industry Public Limited Company and TNR USA, INC.

3. I submit this Declaration for a change of Lead Trial Counsel from Cyndie M. Chang of Duane Morris, LLP to Mark Holscher of Kirkland & Ellis for Plaintiff Thai Nippon Rubber Industry Public Limited Company and TNR USA, INC.

4. I am registered as a "CM/ECF User" with this Court.

5. My Email Address of Record is mark.holscher@kirkland.com.

6. As Lead Counsel, I confirm that I have read this Court's Standing Order and the Local Rules.

DATED: May 10, 2022

Respectfully submitted,

/s/ *Mark Holscher*

Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Cyndie M. Chang (SBN 227542)
CMChang@duanemorris.com
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400

*Attorneys for Plaintiff Thai Nippon Rubber Industry Public Limited Company*