# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company, | Case No. 2:21-cv-9749-JFW-PD |
| Plaintiff, | [PROPOSED] ORDER GRANTING ESI STIPULATION |
| vs. | |
| Playboy Enterprises International, Inc., Products Licensing, LLC, and Nicholai Allen | |
| Defendants. | |

Upon the joint stipulation dated May 10, 2022 filed by Defendants Playboy Enterprises International, Inc., Products Licensing, LLC, and Nicholai Allen and Plaintiffs Thai Nippon Rubber Industry Public Limited Company, and good cause appearing, the Court,

**HEREBY ORDERS THAT:**

1. The Stipulated Protocol for the Discovery and Production of Documents and ESI is hereby granted.

Dated: _____        **IT IS SO ORDERED:**

_____
HON. PATRICIA DONAHUE
United States Magistrate Judge

-1-