Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Cyndie M. Chang (SBN 227542)
CMChang@duanemorris.com
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Case No. 2:21-cv-09749-JFW(PDx)<br><br>**NOTICE AND LODGING OF PLAINTIFF'S [PROPOSED] STATEMENT OF DECISION RE: DEFENDANTS PLAYBOY ENTERPRISES INTERNATIONAL, INC., AND PRODUCTS LICENSING LLC'S AMENDED PARTIAL MOTION TO DISMISS**<br><br>Judge:         Hon. John F. Walter<br><br>FAC Filed: March 16, 2022<br>Motion to Dismiss Filed: April 26, 2022<br>Hearing Date:  May 23, 2022<br>Hearing Time: 1:30 p.m.<br>Hearing Location:  7A<br><br>Pre-Trial Conference: September 1, 2023<br>Trial Date: September 26, 2023 |

**PLEASE TAKE NOTICE THAT** in accordance with Section 5(f) of the Honorable John F. Walter's Standing Order in this action [ECF No. 9], Plaintiff Thai Nippon Rubber Industry Public Limited Company hereby lodges a [Proposed] Statement of Decision related to Defendants Playboy Enterprises International, Inc., and Products Licensing LLC's Amended Partial Motion to Dismiss [ECF No. 45]. The [Proposed] Statement of Decision is attached to this Notice as **Exhibit A.**

DATED: May 11, 2022

Respectfully submitted,

/s/ *Kristin Rose*

Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Cyndie M. Chang (SBN 227542)
CMChang@duanemorris.com
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400

*Attorneys for Plaintiff Thai Nippon Rubber Industry Public Limited Company*