QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Marshall M. Searcy III (Bar No. 169269)
  marshallsearcy@quinnemanuel.com
  Scott B. Kidman (Bar No. 119856)
  scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Playboy Enterprises International, Inc.
Products Licensing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>              Plaintiff,<br><br>       vs.<br><br>Playboy Enterprises International, Inc., Products Licensing, LLC, and Nicholai Allen,<br><br>              Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**NOTICE AND LODGING OF DEFENDANTS' [PROPOSED] STATEMENT OF DECISION RE: DEFENDANTS PLAYBOY ENTERPRISES INTERNATIONAL, INC., AND PRODUCTS LICENSING LLC'S AMENDED PARTIAL MOTION TO DISMISS**<br><br>The Hon. John F. Walter<br><br>FAC Filed: March 16, 2022<br>Motion to Dismiss Filed: April 26, 2022<br>Hearing Date: May 23, 2022 [no appearance required]<br>Hearing Time: 1:30 p.m.<br>Hearing Location: 7A<br><br>Pre-Trial Conference: September 1, 2023<br><br>Trial Date: September 26, 2023 |

**PLEASE TAKE NOTICE THAT** in accordance with Section 5(f) of the Honorable John F. Walter's Standing Order in this action [ECF No. 9], Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC, hereby lodge a [Proposed] Statement of Decision related to its Amended Partial Motion to Dismiss [ECF No. 45]. The [Proposed] Statement of Decision is attached to this Notice as **Exhibit A**.

DATED: May 11, 2022          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By      */s/ Marshall Searcy*
          MARSHALL M. SEARCY III
          Attorneys for Playboy Enterprises
          International, Inc.
          Products Licensing, LLC