QUINN EMANUEL URQUHART & SULLIVAN, LLP
Marshall M. Searcy III (Bar No. 169269)
marshallsearcy@quinnemanuel.com
Scott B. Kidman (Bar No. 119856)
scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Playboy Enterprises International, Inc.
Products Licensing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Playboy Enterprises International, Inc., Products Licensing, LLC, and Nicholai Allen,<br><br>　　　　Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**NOTICE OF ERRATA REGARDING PLAYBOYS' PROPOSED STATEMENT OF DECISION (ECF NO. 49)**<br><br>The Hon. John F. Walter<br><br>FAC Filed: March 16, 2022<br>Motion to Dismiss Filed: April 26, 2022<br>Hearing Date: May 23, 2022 [no appearance required]<br>Hearing Time: 1:30 p.m.<br>Hearing Location: 7A<br><br>Pre-Trial Conference: September 1, 2023<br><br>Trial Date: September 26, 2023 |

1       Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC ("Playboy") hereby file this Notice of Errata Regarding Playboys' Proposed Statement of Decision. A copy of Playboy's corrected proposed statement of decision, which was filed under ECF No. 60, is attached to this Notice as **Exhibit A**. A red-line comparison of the initial proposed statement of decision (ECF No. 49) and the corrected proposed statement of decision (ECF No. 60) is attached to this Notice as **Exhibit B**.

      Playboy filed ECF No. 49 on May 11, 2022. After filing, Playboy realized that ECF No. 49 exceeded the page limitation set forth in the Court's standing order. To correct this error, Playboy filed a corrected proposed statement of decision, which was filed under ECF No. 60 and is attached hereto as Exhibit A. A red-line comparison of the initial proposed statement of decision (ECF No. 49) and the corrected proposed statement of decision (ECF No. 60) is attached to this Notice as **Exhibit B**. This Court's Standing Order provides that a "Notice of Errata shall specifically identify each error by page and line number and set forth the correction." However, Playboy erred by exceeding the page limitations and thus it is unable to specifically identity each error by page and line number. Accordingly, it offers Exhibit B to show what portions of the initial proposed statement of decision were excised to comply with the page limitations.

      Playboy took immediate corrective action as soon as it realized its mistake. Playboy respectfully apologizes for this mistake and the inconvenience it has caused and requests that Court disregard ECF No. 49.

| | | |
|---|---|---|
| 1 | DATED:  May 11, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Marshall Searcy*
MARSHALL M. SEARCY III
Attorneys for Playboy Enterprises
International, Inc.
Products Licensing, LLC