# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-9749-JFW(PDx)** | Dated: May 20, 2022 |
| Title: | Thai Nippon Rubber Industry Public Limited Company -v- Playboy Enterprises International, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TAKING UNDER SUBMISSION DEFENDANTS' PARTIAL MOTION TO DISMISS [filed 4/25/22; Docket No. 43]**

     Defendants' Partial Motion to Dismiss is currently on calendar for May 23, 2022, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for May 23, 2022 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

     IT IS SO ORDERED.

Initials of Deputy Clerk   sr