1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Marshall M. Searcy III (Bar No. 169269)
2   marshallsearcy@quinnemanuel.com
    Kristen Bird (Bar No. 192863)
3   kristenbird@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Playboy Enterprises
   International, Inc.
7  Products Licensing, LLC

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| Thai Nippon Rubber Industry Public Limited Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>Playboy Enterprises International, Inc., Products Licensing, LLC, and Nicholai Allen,<br><br>    Defendants. | Case No. 2:21cv9749-JFW-PD<br><br>**PLAYBOY ENTERPRISES INTERNATIONAL, INC. AND PRODUCTS LICENSING, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>Crtrm: 7A<br><br>The Hon. John F. Walter<br><br>Trial Date:   September 26, 2023 |

The undersigned, counsel of record for Defendants Playboy Enterprises International, Inc. and Products Licensing, LLC ("Playboy Defendants"), hereby certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made pursuant to L.R. 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Thai Nippon Rubber Industry Public Limited Company | Plaintiff |
| TNR USA, Inc. | Plaintiff's wholly-owned subsidiary |
| Playboy Enterprises International, Inc. | Defendant |
| Products Licensing, LLC | Defendant |
| Nicholai Allen | Defendant |
| Monarch Digital Media, LLC | Defendant Allen's company |
| Freedom Brands Corporation | Defendant Allen's company |

The undersigned further certifies that Playboy Defendants are privately held corporations organized and existing under the laws of Delaware. Playboy Defendants are wholly owned by PLBY Group, Inc., a publicly held corporation. The undersigned is not aware of any other persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that may have a pecuniary interest in the outcome of this case.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: June 23, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |

By <u>  /s/ Marshall Searcy  </u>
MARSHALL M. SEARCY III

*Attorney for Playboy Enterprises International, Inc., and Products Licensing, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 23 day of June, 2022, I electronically filed the foregoing **PLAYBOY ENTERPRISES INTERNATIONAL, INC. AND PRODUCTS LICENSING, LLC'S NOTICE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties. I also certify the document was served via U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the document through the CM/ECF system.

*/s/ Marshall Searcy*
Marshall M. Searcy III

Attorney for Playboy Enterprises International, Inc., and Products Licensing, LLC