1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  Kristin Rose (SBN 278284)
   kristin.rose@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 South Flower Street
4  Los Angeles, CA  90071
   Telephone: (213) 680-8400
5  Facsimile: (213) 680-8500

6  *Attorneys for Plaintiff*
   *Thai Nippon Rubber Industry Public*
7  *Limited Company*

8  Marshall M. Searcy III (SBN 169269)
   marshallsearcy@quinnemanuel.com
9  Scott B. Kidman (SBN 119856)
   scottkidman@quinnemanuel.com
10 QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
11 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
12 Telephone:   (213) 443-3000
   Facsimile:    (213) 443-3100
13
   *Attorneys for Defendants*
14 *Playboy Enterprises International, Inc.*
   *and Products Licensing, LLC*
15
   Gary E. Devlin (SBN 210517)
16 HINSHAW & CULBERTSON LLP
   350 South Grand Avenue, Suite 3600
17 Los Angeles, CA 90071
   Telephone: 310-909-8017
18 Facsimile: 310-909-8001
   gdevlin@hinshawlaw.com
19
   *Attorney for Defendant Nicholai Allen*
20

21                **UNITED STATES DISTRICT COURT**

22                **CENTRAL DISTRICT OF CALIFORNIA**

23 | THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY, | ) ) ) | Case No. 2:21-cv-09749-JFW |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) ) ) | The Honorable John F. Walter |
| v. | | **JOINT REPORT RE: RESULTS OF MEDIATION** |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., *et al.* Defendants. | | FAC Filed:   March 16, 2022<br>Trial Date:   September 26, 2023 |

On April 19, 2022, this Court entered a Scheduling and Case Management Order (Dkt. No. 39) and an Order Vacating Scheduling Conference, Referral to Private Mediation, and Dismissing Any Unserved Doe Defendants (Dkt. No. 40).  These Orders instructed the parties to conduct a Settlement Conference/Mediation with a private mediator by February 6, 2023, and file a Joint Report re: Results of Settlement Conference by February 10, 2023.

On February 3, 2023, Plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR"), Defendants Playboy Enterprises International, Inc. and Products Licensing, LLC (together, "Playboy"), and Defendant Nicholai Allen ("Allen") conducted a private mediation with the Honorable Dickran M. Tevrizian (Ret.).  Those in attendance included representatives from TNR and their counsel at Kirkland & Ellis LLP, representatives from Playboy and their counsel at Quinn Emanuel Urqhart & Sullivan LLP, and Allen and his counsel at Hinshaw & Culbertson LLP.  Counsel of record and client representatives with full authority to negotiate a settlement and execute an agreement resolving all of the issues in this matter participated in the mediation.

During the mediation, the parties discussed the factual and legal bases of Plaintiff's claims and Defendants' defenses, Playboy's counterclaims, the relief sought, the settlement considerations relevant to each party, and the information necessary for the parties to fully assess the scope of the relief sought and the possibility of settlement.  The parties were ultimately unable to reach a settlement in the mediation session.  The parties will continue to work in good faith to evaluate the possibility of settlement as the case progresses.

DATED: February 9, 2023  Respectfully submitted,

/s/   Mark Holscher
Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

/s/   Marshall M. Searcy III
Marshall M. Searcy III
marshallsearcy@quinnemanuel.com
Scott B. Kidman
scottkidman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

*Attorneys for Defendants Playboy Enterprises International, Inc., and Products Licensing, LLC*

/s/   Gary Devlin
Gary E. Devlin  (SBN 210517)
Hinshaw & Culbertson LLP
350 South Grand Avenue, Suite 3600
Los Angeles, CA 90071
Telephone: 310-909-8017
Facsimile:  310: 909-8001
gdevlin@hinshawlaw.com

*Attorneys for Defendant Nicholai Allen*

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By /s/ *Mark Holscher*

Mark Holscher