1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  Michael Shipley (SBN 233674)
   michael.shipley@kirkland.com
3  Kristin Rose (SBN 278284)
   kristin.rose@kirkland.com
4  KIRKLAND & ELLIS LLP
   555 South Flower Street
5  Los Angeles, CA  90071
   Telephone: (213) 680-8400
6  Facsimile: (213) 680-8500

7  *Attorneys for Plaintiff*
   *Thai Nippon Rubber Industry Public*
8  *Limited Company*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION TO ISSUE A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) UNDER THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**<br><br>Judge:  Hon. Patricia Donahue<br><br>FAC Filed:  March 16, 2022<br>Motion to Dismiss Filed: April 26, 2022<br><br>Pre-Trial Conference: September 1, 2023<br>Trial Date:  September 26, 2023 |

**JOINT STIPULATION TO ISSUE LETTER ROGATORY**

**JOINT STIPULATION**

**WHEREAS**,

1. To prepare their case for trial in this action, Plaintiff THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY (hereinafter "TNR") wishes to subpoena records from foreign non-party CREDENCE GLOBAL CONSULTING LIMITED (hereinafter "Credence"), a Hong Kong company with its principal place of business in Hong Kong;

2. The documents within Credence's custody and control are relevant to the claims, counterclaims and defenses in this action;

3. The documents within Credence's custody and control can only be obtained via a Letter of Request for International Judicial Assistance (Letter Rogatory) directed to the High Court of the Hong Kong Special Administrative Region of the People's Republic of China to compel the production of relevant documents from Credence;

4. Under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555 ("Hague Convention"), and the Court's inherent powers, the Court may issue a Letter Rogatory;

5. The proposed Letter Rogatory, which follows the model form set out in the Hague Convention and complies with the letter rogatory filing procedures of the above entitled district court, is attached as Exhibit "A" hereto;

6. Pursuant to Local Rules 7-1 and 52-4, the parties stipulate that a Letter Rogatory issuing from this Court is an appropriate procedure to subpoena documents from Credence;

7. The parties further stipulate that TNR will furnish all documents produced by Credence to Defendants.

**THEREFORE**, the parties stipulate, with the agreement of the Court, that the Court execute the attached Letter Rogatory in support of the subpoena of Credence.

**JOINT STIPULATION TO ISSUE LETTER ROGATORY**

| | |
|---|---|
| DATED:  March 2, 2023 | KIRKLAND & ELLIS LLP |
| | |
| | */s/ Mark Holscher* |
| | Mark Holscher (SBN 139582) |
| | mark.holscher@kirkland.com |
| | Michael Shipley (SBN 233674) |
| | michael.shipley@kirkland.com |
| | Kristin Rose (SBN 278284) |
| | kristin.rose@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 555 South Flower Street |
| | Los Angeles, CA  90071 |
| | Telephone: (213) 680-8400 |
| | Facsimile: (213) 680-8500 |
| | |
| | *Attorneys for Plaintiff* |
| | *Thai Nippon Rubber Industry Public Limited Company* |
| | |
| DATED:  March 2, 2023 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | |
| | */s/ Marshall Searcy* |
| | Marshall M. Searcy III (SBN 169269) |
| | marshallsearcy@quinnemanuel.com |
| | Kristin Bird (SBN 192863) |
| | kristinbird@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA  90017 |
| | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| | |
| | *Attorneys for Defendants* |
| | *Playboy Enterprises International, Inc. and Products Licensing LLC* |

| | |
|---|---|
| DATED: March 2, 2023 | HINSHAW & CULBERTSON LLP |
| | */s/ Gary Devlin* |
| | Gary E. Devlin (SBN 210517) |
| | marshallsearcy@quinnemanuel.com |
| | 350 South Grand Ave., Suite 3600 |
| | Los Angeles, CA 90071 |
| | Telephone: (310) 909-8000 |
| | Facsimile: (310) 909-8001 |
| | *Attorney for Defendant Nicholai Allen* |

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Mark Holscher*
Mark Holscher

**JOINT STIPULATION TO ISSUE LETTER ROGATORY**