Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER ON STIPULATION TO ISSUE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) UNDER THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**<br><br>Judge:  Hon. Patricia Donahue<br><br>FAC Filed:  March 16, 2022<br>Motion to Dismiss Filed: April 26, 2022<br><br>Pre-Trial Conference: September 1, 2023<br>Trial Date:  September 26, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on upon consideration of the parties' joint stipulation to issue a Letter of Request for International Judicial Assistance (Letter Rogatory) directed to the High Court of the Hong Kong Special Administrative Region of the People's Republic of China, and pursuant to the Hague Convention on the Taking of

**[PROPOSED] ORDER ON MOTION FOR ISSUANCE OF LETTER ROGATORY**

Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555, to compel the production of relevant documents from foreign non-party CREDENCE GLOBAL CONSULTING LIMITED, it is hereby ORDERED that said stipulation is GRANTED.

    It is further ORDERED that the original executed Letter Rogatory, with original signatures and seal, shall be provided to counsel for TNR to serve and execute in conformity with the Hague Convention.

IT IS SO ORDERED.

Dated: March ___, 2023

                                                                   The Honorable Patricia Donahue
Magistrate Judge