1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  Michael Shipley (SBN 233674)
   michael.shipley@kirkland.com
3  Kristin Rose (SBN 278284)
   kristin.rose@kirkland.com
4  KIRKLAND & ELLIS LLP
   555 South Flower Street
5  Los Angeles, CA 90071
   Telephone: (213) 680-8400
6  Facsimile: (213) 680-8500

7  *Attorneys for Plaintiff*
   *Thai Nippon Rubber Industry Public*
8  *Limited Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>    Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>Judge: Hon. John F. Walter<br><br>FAC Filed: March 16, 2022<br>Trial Date: September 26, 2023 |

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

Plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR") and Defendants Playboy Enterprises International, Inc., ("Playboy"), Products Licensing, LLC, and Nicholai Allen (collectively, the "Parties"), by and through their counsel of record, jointly submit the following stipulation regarding a continuance of the pre-trial deadlines and trial date set by the Court's April 19, 2022 Scheduling and Case Management Order (Dkt. 39):

WHEREAS, Parties request that the Court continue pre-trial deadlines and the trial date by approximately 60 days.

WHEREAS, Parties acknowledge that scheduling extensions are generally disfavored by the Court. With due consideration, Parties respectfully submit that a continuance of pre-trial deadlines and the trial date is necessary in this case to avoid prejudice to any party resulting from the unforeseen circumstances described below.

WHEREAS, unanticipated technical and logistical barriers have delayed TNR's collection, processing, review, and production of responsive documents in the Thai language. Further, the Kirkland & Ellis LLP partner who was overseeing the day-to-day litigation of this matter on behalf of TNR for the past year recently went out on maternity leave.

WHEREAS, Defendant Nicholai Allen's financial constraints have limited his Counsel's involvement in the discovery process, and as a result, parties have faced challenges in evaluating and weighing Nicholai Allen's privacy and privilege assertions against TNR's right to obtain discovery. The Parties have made earnest efforts to resolve issues arising from Defendants' financial constraints without burdening the Court with motion practice.

WHEREAS, TNR has requested extensive document discovery from Playboy dating back to January 1, 2010, and in response to this, Playboy has needed to collect and cull almost three million documents. Further, while the parties have been negotiating search terms to be run on said documents and are reasonably close to agreeing on a final set of

terms to be used, TNR has reserved the right to argue the current terms should be expanded after reviewing Playboy's production.

WHEREAS, on March 2, 2023, the parties filed a Request for Issuance of Letter Rogatory directed to Credence Global Consulting, Limited (Dkt. No. 71), and the Court has yet to act on this Request.

WHEREAS, TNR has also served a number of subpoenas on third parties central to this litigation that have yet to fully produce documents, including Walmart; CVS; United Medical Devices, LLC; and CAA-GBG.  And, TNR has indicated it intends to subpoena the personal telephone records of several of Playboy's current and former employees.  To the extent these third parties produce documents that TNR seeks to use against Playboy at trial or at the summary judgment stage, Playboy will require time to review these productions and depose the third parties regarding the same.

WHEREAS, Parties have not previously sought an extension of any deadline set by the Court in its Scheduling and Case Management Order (Dkt. 39).

**THEREFORE**, the Parties hereby stipulate and respectfully request that there is good cause for the Court to enter an order continuing pre-trial deadlines and the trial date by approximately 60 days.  The parties propose amending the deadlines set by the Court's April 19, 2022 Scheduling and Case Management Order (Dkt. 39) and proposed new dates are as follows:

| **Matter** | **Current Deadline per Scheduling Order (Dkt. 39)** | **Proposed New Deadlines** |
|---|---|---|
| Close of fact discovery | N/A | 7/14/23 |
| Affirmative Expert Reports | 5/3/23 | 7/24/23 |
| Rebuttal Expert Reports | 5/24/23 | 8/14/23 |
| Discovery Cutoff | 6/28/23 | 8/28/23 |

3
**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| Last day for hearing motions | 7/10/23 | 9/8/23 |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/815/23))<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 8/17/23 | 10/16/23 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 3 days before Final Pretrial Conference | 10/26/23 |
| Final Pre-Trial Conference | 9/1/23 | 10/31/23 |
| Hearings on Motions in Limine and Disputed Jury Instructions | 9/15/23 | 11/14/23 |
| Trial (Jury)<br>Estimated length: 4 days | 9/26/23 | 12/4/23 |

IT IS SO STIPULATED.

4

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| 1 | DATED: March 22, 2023 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | */s/ Mark Holscher* |
| | | Mark Holscher (SBN 139582) |
| 4 | | mark.holscher@kirkland.com |
| | | Michael Shipley (SBN 233674) |
| 5 | | michael.shipley@kirkland.com |
| | | Kristin Rose (SBN 278284) |
| 6 | | kristin.rose@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 7 | | 555 South Flower Street |
| | | Los Angeles, CA 90071 |
| 8 | | Telephone: (213) 680-8400 |
| | | Facsimile: (213) 680-8500 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff* |
| | | *Thai Nippon Rubber Industry Public Limited* |
| 11 | | *Company* |

5

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | |
|---|---|
| DATED: March 22, 2023 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | |
| | */s/ Marshall M. Searcy, III* |
| | Marshall M. Searcy III (SBN 169269) |
| | marshallsearcy@quinnemanuel.com |
| | Kristin Bird (SBN 192863) |
| | kristinbird@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| | |
| | *Attorneys for Defendants* |
| | *Playboy Enterprises International, Inc. and* |
| | *Products Licensing LLC* |
| | |
| DATED: March 22, 2023 | HINSHAW & CULBERTSON LLP |
| | |
| | */s/ Gary E. Devlin* |
| | Gary E. Devlin (SBN 210517) |
| | marshallsearcy@quinnemanuel.com |
| | 350 South Grand Ave., Suite 3600 |
| | Los Angeles, CA 90071 |
| | Telephone: (310) 909-8000 |
| | Facsimile: (310) 909-8001 |
| | |
| | *Attorney for Defendant Nicholai Allen* |

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

>*/s/ Mark Holscher*
>Mark Holscher

6

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**