GARY E. DEVLIN (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant NICHOLAI ALLEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | **Case No. 2:21-cv-09749-JFW-PD**<br><br>(Honorable John F. Walter, Courtroom "7A")<br><br>**HINSHAW & CULBERTSON LLP'S NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN**<br><br>[Filed Concurrently with Memorandum of Points and Authorities; Declaration of Gary E. Devlin; and [Proposed] Order]<br><br>**Date:** May 22, 2023<br>**Time:** 1:30 p.m.<br>**Courtroom:** 7A<br><br>\*\*THIS MOTION IS MADE FOLLOWING EFFORTS TO MEET AND CONFER AS MANDATED PURSUANT TO L.R. 7-3<br><br>FAC Filed: 3/16/22<br>Discovery Cut-Off: 08/28/23<br>Motion Hearing Cut-Off: 09/11/23<br>Pre-Trial Conference Date: 10/27/23<br>Trial Date: 12/5/23 |

1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313261594.v1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that on May 22, 2023, at 1:30 p.m., in the above-entitled Court, located at United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, in Courtroom 7A, HINSHAW & CULBERTSON LLP ("counsel" or "Hinshaw") will and hereby does move the Court to be relieved as counsel of record for Defendant NICHOLAI ALLEN ("Allen") for this action.

At the heart of this Motion is the simple fact Mr. Allen, an individual without insurance coverage, is simply unable to afford Hinshaw's services to defend himself in this case where Plaintiff THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY ("Plaintiff"), seeks as much as $100 million dollars from the defendants herein which include Mr. Allen. As such, Allen cannot authorize (and pay for) counsel's efforts with regard to the discovery of necessary information and documentation for counsel to effectively defend him against Plaintiff's claims, including required tasks (e.g., review and analysis of documents produced by the parties expected to exceed a million pages in this case; preparation of affirmative written discovery requests; preparation and attendance at depositions; employment of experts; and preparation of a summary judgment motion), making it unreasonably difficult for this counsel to carry out the representation of Mr. Allen effectively.

Additionally, Allen and counsel have not come to an agreement which will enable counsel to continue to represent Allen for his defense against Plaintiff's allegations, which include non-payment of attorneys' fees and expenses incurred to date related to his representation spanning many months.

That said, as the trial date for this case is not until December, 2023, the granting of this Motion will not be unduly prejudicial to Allen. There are no imminent deadlines at this time. Allen has sufficient time still to hire new (more

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

2

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313261594.v1

affordable) counsel or represent himself in this case and do all tasks as necessary to defend himself throughout the remainder of this litigation including trial.

This Motion is made pursuant to Local Rule 83-2.3.2 of the United States District Court for the Central District of California, relevant case authority and the inherent powers of the Court to control its proceedings.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, filed and served concurrently, the Declaration of Gary E. Devlin, filed and served concurrently, the pleadings and papers on file in the action, and such further evidence and argument as may be received by the Court at or prior to the hearing of this Motion.

In accordance with Local Rule 7-3, counsel conferred with counsel for Plaintiff and co-defendants relating to this motion, which took place on April 13, 2023. Counsel also communicated with Mr. Allen via telephone and email and also provided a copy of this Motion to Allen before it was filed. Allen is understanding of counsel's position and on that basis has advised counsel he will not oppose this Motion, as described in the accompanying declaration of Gary E. Devlin.

DATED: April 19, 2023                         HINSHAW & CULBERTSON LLP

                                              By: */s/Gary E. Devlin*
                                                  GARY E. DEVLIN
                                                  Attorneys for Defendant NICHOLAI ALLEN

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

3

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313261594.v1

# PROOF OF SERVICE

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*

**Case No.  2:21-cv-09749-JFW-PD**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On **April 19, 2023**, I served the document(s) entitled, **HINSHAW & CULBERTSON LLP'S NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☒ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☒ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **April 19, 2023**, at Los Angeles, California.

/s/ Robin Mojica
Robin Mojica

---

1
PROOF OF SERVICE
Case No. 2:21-cv-09749-JFW-PD
1049453\313261594.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*

**Case No. 2:21-cv-09749-JFW-PD**

| | |
|---|---|
| Cyndie M. Chang (SBN 227542) <br> CMChang@duanemorris.com <br> Angelica Zabanal (SBN 303329) <br> AAZabanal@duanemorris.com <br> Diane Byun (SBN 337155) <br> DByun@duanemorris.com <br> DUANE MORRIS LLP <br> 865 South Figueroa Street, Suite 3100 <br> Los Angeles, CA 90017-5450 <br> Phone: 213-689-7400 <br> Fax: 213-689-7401 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Mark Holscher (SBN 139582) <br> mark.holscher@kirkland.com <br> Kristin Rose (SBN 278284) <br> kristin.rose@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street <br> Los Angeles, CA 90071 <br> Phone: 213-680-8400 <br> Fax: 213-680-8500 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Marshall M Searcy , III (SBN 169269) <br> marshallsearcy@quinnemanuel.com <br> Scott B Kidman (SBN 119856) <br> scottkidman@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 865 South Figueroa Street 10th Floor <br> Los Angeles, CA 90017 <br> Phone: 213-443-3000 <br> Fax: 213-443-3100 | Attorneys for Defendant <br> PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC |

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1
SERVICE LIST
Case No. 2:21-cv-09749-JFW-PD
1049453\313261594.v1

## SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
**Case No. 2:21-cv-09749-JFW-PD**

## VIA EMAIL & OVERNIGHT MAIL

| | |
|---|---|
| Nicholai Allen<br>10911 Lindley Ave.<br>Granada Hills, CA 91344<br>Email: nicholai.allen@gmail.com | Defendant |

2
SERVICE LIST
Case No. 2:21-cv-09749-JFW-PD
1049453\313261594.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000