GARY E. DEVLIN (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant NICHOLAI ALLEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>(Honorable John F. Walter, Courtroom "7A")<br><br>**DECLARATION OF GARY E. DEVLIN IN SUPPORT OF HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN**<br><br>[Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and [Proposed] Order]<br><br>**Date:** May 22, 2023<br>**Time:** 1:30 p.m.<br>**Courtroom:** 7A<br><br>**THIS MOTION IS MADE FOLLOWING EFFORTS TO MEET AND CONFER AS MANDATED PURSUANT TO L.R. 7-3<br><br>FAC Filed:  3/16/22<br>Discovery Cut-Off:   08/28/23<br>Motion Hearing Cut-Off:   09/11/23<br>Pre-Trial Conference Date: 10/27/23<br>Trial Date: 12/5/23 |

1

DECLARATION OF GARY E. DEVLIN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN

Case No. 2:21-cv-09749-JFW-PD

I, GARY E. DEVLIN, state and declare as follows:

1. I am an attorney at law duly licensed to practice in all the courts of the State of California including the United States District Court for the Central District of California. I am a partner with the law firm of Hinshaw & Culbertson LLP ("counsel" or "Hinshaw"), attorney-of-record for Defendant Nicholai Allen ("Allen"). I submit this Declaration in support of the concurrently filed Motion for Hinshaw to withdraw as Allen's counsel for the above-captioned case. I make this statement of my own true knowledge, and if called upon to testify to the matters set out below, I could and would competently testify as follows:

2. Hinshaw was retained to represent Allen in March 2022. At that time, Allen was merely a witness subject to a very broad subpoena issued by Plaintiff herein, Thai Nippon Rubber Industry Limited Company ("Plaintiff"), and not a party to this case. The scope of Hinshaw's representation of Allen was reflective of his status at that time (a non-party). It was only after Hinshaw was already retained Allen was added as a named defendant per the operative First Amended Complaint ("FAC"), that I learned the gravity of Plaintiff's allegations and Allen's alleged involvement as discussed in the FAC.

3. For this case, I (for Hinshaw) prepared Mr. Allen's Answer and Affirmative Defenses. Hinshaw for Mr. Allen responded to Plaintiff's document requests, and represented him through numerous grueling meet and confer exchanges and helped facilitate the production over 361,492 documents already (hundreds of thousand more than the other parties to this case) from numerous business and personal email accounts, his personal iCloud, and personal text messages and similar exchanges from his phone, with even more production being furnished presently, which should approximately double Allen's production to date. Hinshaw for Mr. Allen also participated in mediation, which Allen hoped would help facilitate a resolution between the real parties at issue (it didn't). Unfortunately, Mr.

2

DECLARATION OF GARY E. DEVLIN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN

Case No. 2:21-cv-09749-JFW-PD

1049453\313264191.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

Allen has been unable to pay for Hinshaw's services described above and invoices spanning multiple months are still unpaid, in whole or in part.

4. In my estimation, substantial additional work needs to be done for this case, even if it resolves in advance of trial. That work includes, at a minimum, review and analysis of documents produced by the parties expected to exceed a million pages; preparation of affirmative written discovery requests; preparation and attendance at depositions; possible employment of experts; and preparation of a summary judgment motion. This work and indeed the bulk of the litigation work still remains. Due to his present financial condition, Mr. Allen cannot authorize such work that is necessary to properly defend himself in this case, at least not at Hinshaw's rates. More important to his defense herein, the above additional work would need to be performed in order for me and my firm to effectively defend Allen against Plaintiff's claims. The inability of Allen to authorize and pay for such additional work makes it unreasonably difficult for me and my firm to carry out the representation of Allen effectively on a going forward basis.

5. I have spoken with Mr. Allen on many occasions about Hinshaw's existing agreement with Allen and the terms of representation. I advised Hinshaw would not be able to continue representation absent a significant payment on past due invoices.  Notwithstanding, Mr. Allen has been unable to make good on past invoices or establish an ability to pay future invoices. Consequently, Hinshaw has recorded considerable unpaid fees in connection with Allen's defense already and also expended certain sums out of pocket relating to necessary costs incurred. Thus, Hinshaw has already sustained an unreasonable financial burden.  That burden will only be exacerbated if Hinshaw is required to go forward with continued representation of Mr. Allen through completion of this matter.

6. The parties to this case have no agreed upon deadlines or due dates within the next sixty-days. The Court recently granted the parties' first Stipulation

3

DECLARATION OF GARY E. DEVLIN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN

Case No. 2:21-cv-09749-JFW-PD
1049453\313264191.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1  for a short continuance of the trial date to December 5, 2023. The Court's Order
2  thereon issued on March 24, 2023. The next Court scheduled deadline is the close of
3  fact discovery on July 14, 2023. There is thus no imminent deadlines for the case.
4  Hinshaw submits the granting of this Motion will thus not be unduly prejudicial to
5  Mr. Allen as he would have sufficient time to hire new (more affordable) counsel, or
6  represent himself in this case, and do all tasks as necessary to defend himself
7  throughout the remainder of this litigation including trial.

8        7.    A copy of this Motion was provided to Mr. Allen via email in advance
9  of its filing. I also discussed this Motion with Mr. Allen on the phone in advance of
10 its filing. A copy of the Motion and its accompanying papers will be sent by e-mail
11 and overnight mail to Mr. Allen in conjunction with its formal filing and service to
12 the other parties herein. Mr. Allen indicated to me he would not oppose this Motion.
13 I will release Mr. Allen's files to any attorney Allen designates (or to Allen himself)
14 once the Court orders a withdrawal to take place or immediately upon Allen's
15 demand. I do not intend to stand in the way of Allen seeking alternate
16 representation. I met and conferred with opposing counsel about this Motion as
17 required per the Local Rules in advance of its filing and they each stated they will
18 not oppose this Motion.

19       I declare under penalty of perjury under the laws of the United States that the
20 foregoing is true and correct. Executed on the date reflected below, in Los Angeles,
21 California.

22 DATED: April 19, 2023            HINSHAW & CULBERTSON LLP

By: */s/Gary E. Devlin*
GARY E. DEVLIN
Attorneys for Defendant NICHOLAI ALLEN

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

4
DECLARATION OF GARY E. DEVLIN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313264191.v1

# PROOF OF SERVICE

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On **April 19, 2023**, I served the document(s) entitled, **DECLARATION OF GARY E. DEVLIN IN SUPPORT OF HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA OVERNIGHT MAIL):** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☒ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **April 19, 2023**, at Los Angeles, California.

_____
Robin Mojica

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1

PROOF OF SERVICE
Case No. 2:21-cv-09749-JFW-PD
1049453\313264191.v1

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

| | |
|---|---|
| Cyndie M. Chang (SBN 227542) <br> CMChang@duanemorris.com <br> Angelica Zabanal (SBN 303329) <br> AAZabanal@duanemorris.com <br> Diane Byun (SBN 337155) <br> DByun@duanemorris.com <br> DUANE MORRIS LLP <br> 865 South Figueroa Street, Suite 3100 <br> Los Angeles, CA 90017-5450 <br> Phone: 213-689-7400 <br> Fax: 213-689-7401 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Mark Holscher (SBN 139582) <br> mark.holscher@kirkland.com <br> Kristin Rose (SBN 278284) <br> kristin.rose@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street <br> Los Angeles, CA 90071 <br> Phone: 213-680-8400 <br> Fax: 213-680-8500 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Marshall M Searcy , III (SBN 169269) <br> marshallsearcy@quinnemanuel.com <br> Scott B Kidman (SBN 119856) <br> scottkidman@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 865 South Figueroa Street 10th Floor <br> Los Angeles, CA 90017 <br> Phone: 213-443-3000 <br> Fax: 213-443-3100 | Attorneys for Defendant <br> PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC |

1

SERVICE LIST
Case No. 2:21-cv-09749-JFW-PD
1049453\313264191.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
**Case No. 2:21-cv-09749-JFW-PD**

## VIA EMAIL & OVERNIGHT MAIL

| | |
|---|---|
| Nicholai Allen<br>10911 Lindley Ave.<br>Granada Hills, CA 91344<br>Email: nicholai.allen@gmail.com | Defendant |

2

SERVICE LIST
Case No. 2:21-cv-09749-JFW-PD
1049453\313264191.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000