GARY E. DEVLIN (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant NICHOLAI ALLEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | **Case No. 2:21-cv-09749-JFW-PD**<br><br>(Honorable  John F. Walter   , Courtroom "7A")<br><br>**[PROPOSED] ORDER RE HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN**<br><br>[Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Gary E. Devlin]<br><br>**Date:         May 22, 2023**<br>**Time:         1:30 p.m.**<br>**Courtroom:   7A**<br><br>**THIS MOTION IS MADE FOLLOWING EFFORTS TO MEET AND CONFER AS MANDATED PURSUANT TO L.R. 7-3<br><br>FAC Filed:  3/16/22<br>Discovery Cut-Off:   08/28/23<br>Motion Hearing Cut-Off:   09/11/23<br>Pre-Trial Conference Date: 10/27/23<br>Trial Date: 12/5/23 |

1

[PROPOSED] ORDER IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN

Case No. 2:21-cv-09749-JFW-PD
1049453\313263430.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1  On May 22, 2023, counsel of record for Defendant Nicholai Allen in this
2  action, Hinshaw & Culbertson LLP, presented its Motion for Leave to Withdraw as
3  Counsel for Nicholai Allen. Good cause having been shown, the Court grants
4  Hinshaw & Culbertson LLP's Motion for Leave to Withdraw as Counsel for
5  Nicholai Allen. The clerk shall update the docket to reflect this Order.

7  **IT IS SO ORDERED.**

10 DATED: _____    **UNITED STATE DISTRICT COURT**

                                    THE HONORABLE JOHN F. WALTER

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

2

[PROPOSED] ORDER IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313263430.v1

# PROOF OF SERVICE

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On **April 19, 2023**, I served the document(s) entitled, **[PROPOSED] ORDER RE HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☒ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **April 19, 2023**, at Los Angeles, California.

_____
Robin Mojica

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*

**Case No. 2:21-cv-09749-JFW-PD**

| | |
|---|---|
| Cyndie M. Chang (SBN 227542) <br> CMChang@duanemorris.com <br> Angelica Zabanal (SBN 303329) <br> AAZabanal@duanemorris.com <br> Diane Byun (SBN 337155) <br> DByun@duanemorris.com <br> DUANE MORRIS LLP <br> 865 South Figueroa Street, Suite 3100 <br> Los Angeles, CA 90017-5450 <br> Phone: 213-689-7400 <br> Fax: 213-689-7401 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Mark Holscher (SBN 139582) <br> mark.holscher@kirkland.com <br> Kristin Rose (SBN 278284) <br> kristin.rose@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street <br> Los Angeles, CA 90071 <br> Phone: 213-680-8400 <br> Fax: 213-680-8500 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Marshall M Searcy , III (SBN 169269) <br> marshallsearcy@quinnemanuel.com <br> Scott B Kidman (SBN 119856) <br> scottkidman@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 865 South Figueroa Street 10th Floor <br> Los Angeles, CA 90017 <br> Phone: 213-443-3000 <br> Fax: 213-443-3100 | Attorneys for Defendant <br> PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC |

1
SERVICE LIST
Case No. 2:21-cv-09749-JFW-PD
1049453\313263430.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

## SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
**Case No. 2:21-cv-09749-JFW-PD**

## VIA EMAIL & OVERNIGHT MAIL

| | |
|---|---|
| Nicholai Allen<br>10911 Lindley Ave.<br>Granada Hills, CA 91344<br>Email: nicholai.allen@gmail.com | Defendant |

2
SERVICE LIST
Case No. 2:21-cv-09749-JFW-PD
1049453\313263430.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000