QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Marshall M. Searcy III (Bar No. 169269)
  marshallsearcy@quinnemanuel.com
  Kristen Bird (Bar No. 192863)
  kristenbird@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Playboy Enterprises International, Inc. and Products Licensing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendant.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Counterdefendant. | Case No. 2:21-cv-09749-JFW<br><br>**PLAYBOY'S STATEMENT OF NON-OPPOSITION TO HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Date: May 22, 2023<br>Time: 1:30 p.m.<br>Crtrm.: 7A<br><br>The Hon. John F. Walter<br><br>Trial Date: December 5, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:**

Defendants and Counterclaimants Playboy Enterprises International, Inc., and Products Licensing, LLC (collectively, "Playboy") do not oppose the motion of Hinshaw & Culbertson LLP to withdraw as counsel for defendant Nicholai Allen (*see* Dkt. No. 75) and hereby submits this statement of non-opposition accordingly.

DATED: May 1, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Marshall M. Searcy III
Attorneys for Playboy Enterprises International, Inc. and Products Licensing, LLC