GARY E. DEVLIN (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant NICHOLAI ALLEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | **Case No. 2:21-cv-09749-JFW-PD**<br><br>(Honorable  John F. Walter      ,<br>Courtroom "7A")<br><br>**NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION OF HINSHAW & CULBERTSON LLP FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN**<br><br>**Date:        May 22, 2023**<br>**Time:        1:30 p.m.**<br>**Courtroom:    7A**<br><br>**THIS MOTION WAS MADE FOLLOWING EFFORTS TO MEET AND CONFER AS MANDATED PURSUANT TO L.R. 7-3**<br><br>FAC Filed:  3/16/22<br>Discovery Cut-Off:   08/28/23<br>Motion Hearing Cut-Off:  09/11/23<br>Pre-Trial Conference Date: 10/27/23<br>Trial Date: 12/5/23 |

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1   **TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR**
2   **ATTORNEYS OF RECORD HEREIN:**

3   **PLEASE TAKE NOTICE** that movant herein, HINSHAW &
4   CULBERTSON LLP ("Hinshaw"), counsel for Defendant Nicholai Allen ("Allen"),
5   gave due notice of the hearing on Hinshaw's Motion for Leave to Withdraw as
6   Counsel (the "Motion") for Mr. Allen for this case pursuant to Local Rule 83-2.3.2
7   and various provisions of the California Rules of Professional Conduct. The Motion
8   including all of its accompanying materials (ECF No. 75) was timely served via
9   electronic service on counsel for the parties and via email and overnight mail to Mr.
10  Allen in accordance with L.R. 6-1 on April 19, 2023. In advance of filing the
11  Motion, Hinshaw affirmed neither counsel nor Mr. Allen opposed the Motion as set
12  forth in the Declaration of Gary E. Devlin, filed with the moving papers, in
13  accordance with L.R. 7-3.

14  Pursuant to L.R. 7-9, any opposition to Hinshaw's Motion should have been
15  filed and served not later than 21 days in advance of the original May 22, 2023
16  hearing date on the Motion, or not later than May 1, 2023. The Motion should thus
17  be treated as unopposed per L.R. 7-12.

18  As of the date of this filing, Hinshaw's counsel has received no
19  correspondence concerning the intent, if any, of opposing parties or Mr. Allen to file
20  an Opposition to the Motion via telephone, email, U.S. Mail or otherwise (e.g., the
21  ECF system). As indicated above, Hinshaw has already been advised this Motion
22  will be unopposed. Thus, this Motion is unopposed and should be granted for the
23  / / /

24
25
26
27
28

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION OF HINSHAW & CULBERTSON LLP FOR
LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313384400.v1

1    reasons set forth in the moving papers, coupled with the absence of any opposition

2    to the Motion as contemplated by the Local Rules.

3

4

5    DATED:  May 2, 2023                              HINSHAW & CULBERTSON LLP

6

7                                          By:  */s/Gary E. Devlin*
                                               GARY E. DEVLIN
8                                              Attorneys for Defendant NICHOLAI
                                               ALLEN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

2

NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION OF HINSHAW & CULBERTSON LLP FOR
LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313384400.v1

## PROOF OF SERVICE

***Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.***

### Case No.  2:21-cv-09749-JFW-PD

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made.  I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On **May 2, 2023**, I served the document(s) entitled, **NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION OF HINSHAW & CULBERTSON LLP FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(VIA OVERNIGHT MAIL)**:    I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery.  Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☒ **(BY ELECTRONIC MAIL)**:    By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **May 2, 2023**, at Los Angeles, California.

Robin Mojica

1
PROOF OF SERVICE

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1

## SERVICE LIST

2

3

***Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises
International, Inc., et al.***

4

**Case No. 2:21-cv-09749-JFW-PD**

5   Cyndie M. Chang (SBN 227542)                Attorneys for Plaintiff
6   CMChang@duanemorris.com                     THAI NIPPON RUBBER INDUSTRY
    Angelica Zabanal (SBN 303329)               PUBLIC LIMITED COMPANY
7   AAZabanal@duanemorris.com
8   Diane Byun (SBN 337155)
    DByun@duanemorris.com
9   DUANE MORRIS LLP
10  865 South Figueroa Street, Suite 3100
    Los Angeles, CA 90017-5450
11  Phone: 213-689-7400
12  Fax: 213-689-7401

13  Mark Holscher (SBN 139582)                  Attorneys for Plaintiff
14  mark.holscher@kirkland.com                  THAI NIPPON RUBBER INDUSTRY
    Kristin Rose (SBN 278284)                   PUBLIC LIMITED COMPANY
15  kristin.rose@kirkland.com
16  KIRKLAND & ELLIS LLP
    555 South Flower Street
17  Los Angeles, CA 90071
18  Phone: 213-680-8400
    Fax: 213-680-8500
19

20  Marshall M Searcy , III (SBN 169269)        Attorneys for Defendant
    marshallsearcy@quinnemanuel.com             PLAYBOY ENTERPRISES
21  Scott B Kidman (SBN 119856)                 INTERNATIONAL, INC. and
22  scottkidman@quinnemanuel.com                PRODUCTS LICENSING, LLC
    QUINN EMANUEL URQUHART AND
23  SULLIVAN LLP
24  865 South Figueroa Street 10th Floor
    Los Angeles, CA 90017
25  Phone: 213-443-3000
26  Fax: 213-443-3100

27

28

1
SERVICE LIST

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1

## SERVICE LIST

2

3

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*

4

**Case No. 2:21-cv-09749-JFW-PD**

5

## VIA EMAIL & OVERNIGHT MAIL

6

7

Nicholai Allen                                    Defendant
10911 Lindley Ave.

8

Granada Hills, CA 91344
Email:  nicholai.allen@gmail.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
SERVICE LIST

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000