Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>**THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY'S STATEMENT OF NON-OPPOSITION TO HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Judge: Hon. John F. Walter<br>Date: May 22, 2023<br>Time: 1:30 P.M.<br>Courtroom: 7A<br><br>Trial Date: December 5, 2023 |

**TNR'S STATEMENT OF NON-OPPOSITION TO HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:**

Plaintiff THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY does not oppose the motion of Hinshaw & Culbertson LLP to withdraw as counsel for defendant Nicholai Allen (*see* Dkt. No. 75) and hereby submits this statement of non-opposition accordingly.

DATED:  May 2, 2023

KIRKLAND & ELLIS LLP

*/s/ Mark Holscher*
Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

**TNR'S STATEMENT OF NON-OPPOSITION TO HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**