**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 21-9749-JFW(PDx)** | Date: May 12, 2023 |
| Title: | Thai Nippon Rubber Industry Public Limited Company -v- Playboy Enterprises International, Inc., et al. | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING HINSHAW & CULBERTSON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NICHOLAI ALLEN [filed 4/19/23; Docket No. 75]

On April 19, 2023, Movant Hinshaw & Culbertson LLP ("Hinshaw & Culbertson"), counsel for Defendant Nicholai Allen ("Allen"), filed a Motion for Leave to Withdraw as Counsel for Defendant Nicholai Allen ("Motion").  On May 1, 2023, Defendants Playboy Enterprises International, Inc. and Products Licensing, LLC filed their Notice of Non-Opposition.  On May 2, 2023, Plaintiff Thai Nippon Rubber Industry Public Limited Company filed its Notice of Non-Opposition.  On May 2, 2023, Hinshaw & Culbertson filed its Notice of Non-Receipt of Opposition from Allen.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for May 22, 2023 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

Hinshaw & Culbertson's Motion is **GRANTED**.  Hinshaw & Culbertson is hereby relieved as counsel of record for Allen.  Hinshaw & Culbertson shall serve a copy of this Order on Allen by **May 15, 2022**.  In addition, the Court hereby orders Hinshaw & Culbertson to file and serve, on or before **May 15, 2022**, a supplemental declaration:

1.  Setting forth the client's current address and telephone number, verified as accurate by the withdrawing attorney;

2.  Informing the client and all attorneys of record that said address will be the address to which all future documents will be served or sent until changed by appropriate

       notice or substitution of attorney;

3. Informing the client of all future dates now set in the action, including, but not limited to, pre-trial conference dates, date of discovery cut-off, any motion dates, deposition dates, and the time limits on any pending discovery obligations;

4. Informing the client that he shall comply with all future dates now set in this action, and that failure to comply may result in judgment being entered in favor of Thai Nippon Rubber Industry Public Limited Company and against Allen; and

5. Informing the client when and where the client may pick up the case file, including copies made by the attorney if originals are not delivered; and

Hinshaw & Culbertson shall also serve the Court's Self-Representation Order on Allen by **May 15, 2022.** Finally, Hinshaw & Culbertson shall file proofs of service of this Order, the supplemental declaration, and the Court's Self-Representation Order by **May 16, 2022**.

    IT IS SO ORDERED.