1  GARY E. DEVLIN (SBN 210517)
   gdevlin@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   350 South Grand Ave., Suite 3600
3  Los Angeles, CA 90071-3476
   Telephone:  310-909-8000
4  Facsimile:   310-909-8001

Attorneys for Defendant NICHOLAI ALLEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY, | Case No. 2:21-cv-09749-JFW-PD |
|---|---|
| Plaintiff, | (Honorable John F. Walter, Courtroom "7A") |
| vs. | **NOTICE OF RULING ON HINSHAW & CULBERTSON'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN** |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN, | |
| Defendants. | Date:     May 12, 2023<br>Courtroom: 7A<br><br>FAC Filed:  3/16/22<br>Discovery Cut-Off:   08/28/23<br>Motion Hearing Cut-Off:   09/11/23<br>Pre-Trial Conference Date: 10/27/23<br>Trial Date: 12/5/23 |

NOTICE OF RULING ON HINSHAW & CULBERTSON'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1018240\313542938.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

**TO THIS HONORABLE COURT AND DEFENDANT NICHOLAI ALLEN:**

The Motion of attorney Gary E. Devlin from Hinshaw & Culbertson, LLP (hereinafter "Hinshaw"), for an order to be relieved as counsel for Defendant NICHOLAI ALLEN ("Allen"), was taken under submission by Judge John F. Walter in Courtroom 7A of this Court on May 12, 2023. There was no opposition to the Motion. After full consideration of the evidence, and the written and oral submission of Hinshaw, the Court granted Hinshaw's Motion, relieving Hinshaw as Plaintiff's counsel of record herein. The Court's Order thereon is attached hereto as Exhibit A. Hinshaw was ordered to provide this Notice.

DATED: May 15, 2023                                HINSHAW & CULBERTSON LLP

                                            By: */s/Gary E. Devlin*
                                                GARY E. DEVLIN
                                                Attorneys for Defendant NICHOLAI ALLEN

NOTICE OF RULING ON HINSHAW & CULBERTSON'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1018240\313542938.v1

# PROOF OF SERVICE

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On **May 15, 2023**, I served the document(s) entitled, **NOTICE OF RULING ON HINSHAW & CULBERTSON'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA OVERNIGHT MAIL):** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☒ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **May 15, 2023**, at Los Angeles, California.

_____
Robin Mojica

1

PROOF OF SERVICE
Case No. 2:21-cv-09749-JFW-PD

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1018240\313542938.v1

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
**Case No. 2:21-cv-09749-JFW-PD**

| | |
|---|---|
| Cyndie M. Chang (SBN 227542) <br> CMChang@duanemorris.com <br> Angelica Zabanal (SBN 303329) <br> AAZabanal@duanemorris.com <br> Diane Byun (SBN 337155) <br> DByun@duanemorris.com <br> DUANE MORRIS LLP <br> 865 South Figueroa Street, Suite 3100 <br> Los Angeles, CA 90017-5450 <br> Phone: 213-689-7400 <br> Fax: 213-689-7401 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Mark Holscher (SBN 139582) <br> mark.holscher@kirkland.com <br> Kristin Rose (SBN 278284) <br> kristin.rose@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street <br> Los Angeles, CA 90071 <br> Phone: 213-680-8400 <br> Fax: 213-680-8500 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Marshall M Searcy , III (SBN 169269) <br> marshallsearcy@quinnemanuel.com <br> Scott B Kidman (SBN 119856) <br> scottkidman@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 865 South Figueroa Street 10th Floor <br> Los Angeles, CA 90017 <br> Phone: 213-443-3000 <br> Fax: 213-443-3100 | Attorneys for Defendant <br> PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC |

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
**Case No. 2:21-cv-09749-JFW-PD**

**VIA EMAIL & OVERNIGHT MAIL**

Nicholai Allen                                          Defendant
10911 Lindley Ave.
Granada Hills, CA 91344
Email:  nicholai.allen@gmail.com