1  GARY E. DEVLIN (SBN 210517)
   gdevlin@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   350 South Grand Ave., Suite 3600
3  Los Angeles, CA 90071-3476
   Telephone:  310-909-8000
4  Facsimile:   310-909-8001

5

6  Attorneys for Defendant NICHOLAI ALLEN

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 THAI NIPPON RUBBER INDUSTRY        Case No. 2:21-cv-09749-JFW-PD
   PUBLIC LIMITED COMPANY,
12                                     (Honorable  John F. Walter        ,
              Plaintiff,               Courtroom "7A")
13
        vs.                            NOTICE OF RULING ON
14                                     HINSHAW & CULBERTSON'S
   PLAYBOY ENTERPRISES                 MOTION TO WITHDRAW AS
15 INTERNATIONAL, INC., PRODUCTS       COUNSEL OF RECORD FOR
   LICENSING, LLC, and NICHOLAI        DEFENDANT NICHOLAI ALLEN
16 ALLEN,

17            Defendants.              Date:      May 12, 2023
                                       Courtroom: 7A
18
                                       FAC Filed:  3/16/22
19                                     Discovery Cut-Off:    08/28/23
                                       Motion Hearing Cut-Off:  09/11/23
20                                     Pre-Trial Conference Date: 10/27/23
                                       Trial Date: 12/5/23
21

22

23

24

25

26

27

28

1

2      **TO THIS HONORABLE COURT AND DEFENDANT NICHOLAI**

3   **ALLEN:**

4          The Motion of attorney Gary E. Devlin from Hinshaw & Culbertson, LLP

5   (hereinafter "Hinshaw"), for an order to be relieved as counsel for Defendant

6   NICHOLAI ALLEN ("Allen"), was taken under submission by Judge John F.

7   Walter in Courtroom 7A of this Court on May 12, 2023.  There was no opposition to

8   the Motion. After full consideration of the evidence, and the written and oral

9   submission of Hinshaw, the Court granted Hinshaw's Motion, relieving Hinshaw as

10  Plaintiff's counsel of record herein.  The Court's Order thereon is attached hereto

11  as Exhibit A.  Hinshaw was ordered to provide this Notice.

12

13  DATED: <u>May 15, 2023</u>                  HINSHAW & CULBERTSON LLP

14

15                                  By: */s/Gary E. Devlin*
                                       GARY E. DEVLIN
16                                     Attorneys for Defendant NICHOLAI
                                       ALLEN
17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF RULING ON HINSHAW & CULBERTSON'S MOTION TO WITHDRAW AS COUNSEL OF
RECORD FOR DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1

## PROOF OF SERVICE

2

3

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*

### Case No.  2:21-cv-09749-JFW-PD

4

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

5

6

7

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made.  I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

8

9

On **May 15, 2023**, I served the document(s) entitled, **NOTICE OF RULING ON HINSHAW & CULBERTSON'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT NICHOLAI ALLEN**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

10

### SEE ATTACHED SERVICE LIST

11

12

13

14

15

☒ **(VIA OVERNIGHT MAIL)**:    I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery.  Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

16

☒ **(BY ELECTRONIC MAIL)**:    By transmitting a true copy thereof to the electronic mail addresses as indicated below.

17

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

18

19

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **May 15, 2023**, at Los Angeles, California.

20

Robin Mojica

21

22

23

24

25

26

27

1

28

HINSHAW & CULBERTSON  LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

1018240\313542938.v1

<u>**SERVICE LIST**</u>

***Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.***
**Case No. 2:21-cv-09749-JFW-PD**

| | |
|---|---|
| Cyndie M. Chang (SBN 227542)<br>CMChang@duanemorris.com<br>Angelica Zabanal (SBN 303329)<br>AAZabanal@duanemorris.com<br>Diane Byun (SBN 337155)<br>DByun@duanemorris.com<br>DUANE MORRIS LLP<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>Phone: 213-689-7400<br>Fax: 213-689-7401 | Attorneys for Plaintiff<br>THAI NIPPON RUBBER INDUSTRY<br>PUBLIC LIMITED COMPANY |
| Mark Holscher (SBN 139582)<br>mark.holscher@kirkland.com<br>Kristin Rose (SBN 278284)<br>kristin.rose@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Phone: 213-680-8400<br>Fax: 213-680-8500 | Attorneys for Plaintiff<br>THAI NIPPON RUBBER INDUSTRY<br>PUBLIC LIMITED COMPANY |
| Marshall M Searcy , III (SBN 169269)<br>marshallsearcy@quinnemanuel.com<br>Scott B Kidman (SBN 119856)<br>scottkidman@quinnemanuel.com<br>QUINN EMANUEL URQUHART AND<br>SULLIVAN LLP<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017<br>Phone: 213-443-3000<br>Fax: 213-443-3100 | Attorneys for Defendant<br>PLAYBOY ENTERPRISES<br>INTERNATIONAL, INC. and<br>PRODUCTS LICENSING, LLC |

1

# SERVICE LIST

***Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.***
**Case No. 2:21-cv-09749-JFW-PD**

## VIA EMAIL & OVERNIGHT MAIL

Nicholai Allen                              Defendant
10911 Lindley Ave.
Granada Hills, CA 91344
Email:  nicholai.allen@gmail.com

2