GARY E. DEVLIN (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant NICHOLAI ALLEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN,<br><br>Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>(Honorable  John F. Walter     , Courtroom "7A")<br><br>**SUPPLEMENTAL DECLARATION OF GARY E. DEVLIN PER COURT ORDER OF MAY 12, 2023 FOLLOWING GRANTING OF HINSHAW & CULBERTSON LLP MOTION TO WITHDRAW**<br><br>[Notice of Ruling and Self-Representation Order file and served concurrently as ordered by Court]<br><br>FAC Filed:  3/16/22<br>Discovery Cut-Off:   08/28/23<br>Motion Hearing Cut-Off:  09/11/23<br>Pre-Trial Conference Date: 10/27/23<br>Trial Date: 12/5/23 |

I, GARY E. DEVLIN, state and declare as follows:

1.  I am an attorney at law duly licensed to practice in all the courts of the State of California including the United States District Court for the Central District of California. I am a partner with the law firm of Hinshaw & Culbertson LLP

1

SUPPLEMENTAL DECLARATION OF GARY E. DEVLIN PER COURT ORDER OF MAY 12, 2023 AND ORDER TO SERVE SELF-REPRESENTATION ORDER ON DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313536231.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

("counsel" or "Hinshaw"), now former attorney-of-record for Defendant Nicholai Allen ("Allen") for this case following the Court's Order granting Hinshaw's Motion to Withdraw (Hinshaw's "Motion") as Allen's counsel on May 12, 2023 (hereinafter the "Order").  A true and correct copy of said Order is attached hereto as Exhibit A.  It will be attached also to a Notice of Ruling re Hinshaw's Motion, filed and served concurrently. I submit this Supplemental Declaration as directed by the Court's Order and to advise Mr. Allen as to all pending and forthcoming dates and obligations as directed by the Court. I make this statement of my own true knowledge, and if called upon to testify to the matters set out below, I could and would competently testify as required.

2. Mr. Allen's current address and phone number and email is as follows:

Nicholai Allen

840 Crown Hill Drive

Simi Valley, CA 93063

Mr. Allen's telephone number is 818-299-7519. His email is: nicholai.allen@gmail.com.  This is the last known accurate information known to myself and Hinshaw. Any and all future documents or other service can be directed to the above address until Mr. Allen and/or his new counsel of record directs otherwise by appropriate notice or substitution of attorney.

3. Attached hereto as Exhibit B is a true and correct copy of the Court's Self-Representation Order for Mr. Allen's review, as directed in the Court's Order.

4. There are no presently set motion dates or depositions noticed for this case or other discovery obligations pending for Mr. Allen or any other party at this time. The Court's most recent and current Scheduling Order is attached hereto as Exhibit C.  Of import, please note the following deadlines expressly referenced in the Court's Order:

2

SUPPLEMENTAL DECLARATION OF GARY E. DEVLIN PER COURT ORDER OF MAY 12, 2023 AND
ORDER TO SERVE SELF-REPRESENTATION ORDER ON DEFENDANT NICHOLAI ALLEN
Case No. 2:21-cv-09749-JFW-PD
1049453\313536231.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

| | |
|---|---|
| Close of Fact Discovery: | 7/14/23 |
| Discovery Cut-Off: | 8/28/23 |
| Final Pre-Trial Conference: | 10/27/23 |
| Trial: | 12/5/23 |

These dates and other deadlines are set forth in the Scheduling Order attached hereto as Exhibit C. Mr. Allen shall comply with all such future dates set in this action, and failure to comply thereto may result in judgment being entered in favor of Thai Nippon Rubber Industry Public Limited Company and against Mr. Allen

5. My office and I are presently in communications with Mr. Allen regarding how he and/or incoming counsel may acquire all file materials at my office or electronically via email or other means using the internet including all pleadings and discovery exchanged between the parties for this case. My firm's physical address appears on the caption page for this filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the date reflected below, in Los Angeles, California.

DATED: May 15, 2023        HINSHAW & CULBERTSON LLP

By: */s/Gary E. Devlin*
GARY E. DEVLIN
Attorneys for Defendant NICHOLAI ALLEN

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

# PROOF OF SERVICE

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On **May 15, 2023**, I served the document(s) entitled, **SUPPLEMENTAL DECLARATION OF GARY E. DEVLIN PER COURT ORDER OF MAY 12, 2023 AND ORDER TO SERVE SELF-REPRESENTATION ORDER ON DEFENDANT NICHOLAI ALLEN**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☒ **(VIA OVERNIGHT MAIL):** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☒ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **May 15, 2023**, at Los Angeles, California.

Robin Mojica

1

PROOF OF SERVICE
Case No. 2:21-cv-09749-JFW-PD
1049453\313536231.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
310-909-0000

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
**Case No. 2:21-cv-09749-JFW-PD**

| | |
|---|---|
| Cyndie M. Chang (SBN 227542) <br> CMChang@duanemorris.com <br> Angelica Zabanal (SBN 303329) <br> AAZabanal@duanemorris.com <br> Diane Byun (SBN 337155) <br> DByun@duanemorris.com <br> DUANE MORRIS LLP <br> 865 South Figueroa Street, Suite 3100 <br> Los Angeles, CA 90017-5450 <br> Phone: 213-689-7400 <br> Fax: 213-689-7401 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Mark Holscher (SBN 139582) <br> mark.holscher@kirkland.com <br> Kristin Rose (SBN 278284) <br> kristin.rose@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street <br> Los Angeles, CA 90071 <br> Phone: 213-680-8400 <br> Fax: 213-680-8500 | Attorneys for Plaintiff <br> THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY |
| Marshall M Searcy, III (SBN 169269) <br> marshallsearcy@quinnemanuel.com <br> Scott B Kidman (SBN 119856) <br> scottkidman@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 865 South Figueroa Street 10th Floor <br> Los Angeles, CA 90017 <br> Phone: 213-443-3000 <br> Fax: 213-443-3100 | Attorneys for Defendant <br> PLAYBOY ENTERPRISES INTERNATIONAL, INC. and PRODUCTS LICENSING, LLC |

# SERVICE LIST

*Thai Nippon Rubber Industry Public Limited Company v. Playboy Enterprises International, Inc., et al.*
Case No. 2:21-cv-09749-JFW-PD

**VIA EMAIL & OVERNIGHT MAIL**

| | |
|---|---|
| Nicholai Allen<br>10911 Lindley Ave.<br>Granada Hills, CA 91344<br>Email: nicholai.allen@gmail.com | Defendant |