# EXHIBIT C

```
Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Kristin Rose (SBN 278284)
kristin.rose@kirkland.com
Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
```

NOTE: CHANGES MADE BY THE COURT

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | Case No. 2:21-cv-09749-JFW-PDx<br><br>**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>Judge: Hon. John F. Walter<br><br>FAC Filed: March 16, 2022<br>Trial Date: September 26, 2023 |

Having reviewed the Parties' Stipulation Regarding Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| Matter | Current | New |
|---|---|---|
| Close of fact discovery | N/A | 7/14/23 |
| Affirmative Expert Reports | 5/3/23 | 7/24/23 |
| Rebuttal Expert Reports | 5/24/23 | 8/14/23 |
| Discovery Cutoff | 6/28/23 | 8/28/23 |
| Last day for hearing motions | 7/10/23 | 9/11/23 at 1:30 p.m. |

**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| Matter | Current | New |
|---|---|---|
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/815/23))<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 8/17/23 | 10/12/23 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | | 10/23/23 |
| Final Pre-Trial Conference | 9/1/23 | 10/27/23 at 8:00 a.m. |
| Hearings on Motions in Limine and Disputed Jury Instructions | 9/15/23 | 11/17/23 at 8:00 a.m. |
| Trial (Jury) Estimated length: 4 days | 9/26/23 | 12/5/23 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: March 24, 2023

_____
The Honorable John F. Walter
United States District Judge

2

**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**