Name and address:
Steven C. Czak (SBN 335040)
steven.czak@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel. (310) 552-4200
Fax. (310) 552-5900

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY, <br>                                     PLAINTIFF(S) <br> v. <br> PLAYBOY ENTERPRISES INTERNATIONAL, INC., et al., <br>                                     DEFENDANT(S) | CASE NUMBER: <br><br> 2:21-cv-09749 - JFW-PD <br><br><br> **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

### INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

**SECTION I - IDENTIFYING INFORMATION**

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it <u>currently</u> appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Steven C. Czak                                                                 CA Bar Number: 335040

Firm or agency:   Kirkland & Ellis LLP

Address:   2049 Century Park East, Suite 3700, Los Angeles, CA 90067

Telephone Number:   (310) 552-4200                    Fax Number:   (310) 552-5900

Email:   steven.czak@kirkland.com

Counsel of record for the following party or parties:   Plaintiff Thai Nippon Rubber Industry Public Limited Company

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket.  The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above.  Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above.  No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____.  The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated****. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket.  Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note:  if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  Date party was dismissed:  _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated.  Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date:  June 12, 2023

Signature:  /s/ Steven C. Czak

Name:  Steven C. Czak

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kirkland & Ellis LLP, 555 South Flower Street, Suite 3700, Los Angeles, California 90071.

On June 12, 2023, I caused service of the foregoing document described as:

**NOTICE OF APPEARANCE (STEVEN CZAK)**

on the interested parties in this action as follows:

☒ **[BY ELECTRONIC SERVICE]** I caused said document(s) to be transmitted by electronic mail. The name(s) and email address(es) of the person(s) served is set forth in the service list above. The document was transmitted by electronic transmission and without error.

☒ **[BY U.S. MAIL]** By placing a copy (or copies) of the document(s) listed above in a sealed envelope in the United States mail to the addressee(s) set forth below.

Under the firm's practice of collection and processing of documents for mail, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Executed June 12, 2023, in Los Angeles, California.

_____
Keith Catuara

**SERVICE LIST**

| | |
|---|---|
| Marshall M Searcy, III<br>Scott B Kidman<br>Kristen Bird<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br>marshallsearcy@quinnemanuel.com<br>scottkidman@quinnemanuel.com<br>kristenbird@quinnemanuel.com | Attorneys for Defendants<br>*Playboy Enterprises International, Inc.*<br>*Products Licensing, LLC* |
| Nicholai Allen<br>840 Crown Hill Drive<br>Simi Valley, CA 93063<br>Tel. (818) 299-7519<br>nicholai.allen@gmail.com | Defendant *in propria persona* |
| Cyndie M Chang<br>Angelica A Zabanal<br>Diane Yoon-Hye Byun<br>Duane Morris LLP<br>865 South Figueroa Street Suite 3100<br>Los Angeles, CA 90071-5450<br>Tel: 213-689-7400<br>Fax: 213-689-7401<br>cmchang@duanemorris.com<br>aazabanal@duanemorris.com<br>dbyun@duanemorris.com | Attorneys for Plaintiff<br>*Thai Nippon Rubber Industry Public Limited Company* |

**PROOF OF SERVICE**