David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY. <br> v.  Plaintiff(s) <br> PLAYBOY ENTERPRISES INTERNATIONAL, INC., et a!., <br><br> Defendant(s), | CASE NUMBER <br><br> 2:21-cv-09749 - JFW-PD <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Messerly, Garrett, W.
*Applicant's Name (Last Name, First Name & Middle Initial*
801-877-8124          801-877-8101
*Telephone Number*   *Fax Number*
Garrett.messerly@kirkland.com
*E-Mail Address*

of  Kirkland & Ellis LLP
95 State Street
Salt Lake City, UT 84111
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thai Nippon Rubber Industry Public Limited Company

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Horowitz, David
*Designee's Name (Last Name, First Name & Middle Initial*
248414          213-680-8374          213-808-8074
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
david.horowitz@kirkland.com
*E-Mail Address*

of  Kirkland & Ellis LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**