David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY. <br><br>              v.         Plaintiff(s) <br><br> PLAYBOY ENTERPRISES INTERNATIONAL, INC., et a!., <br><br>                    Defendant(s), | CASE NUMBER <br><br> 2:21-cv-09749 - JFW-PDx <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Messerly, Garrett, W.
*Applicant's Name (Last Name, First Name & Middle Initial*
801-877-8124    801-877-8101
*Telephone Number*    *Fax Number*
Garrett.messerly@kirkland.com
*E-Mail Address*

of  Kirkland & Ellis LLP
95 State Street
Salt Lake City, UT 84111
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thai Nippon Rubber Industry Public Limited Company

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Horowitz, David
*Designee's Name (Last Name, First Name & Middle Initial*
248414    213-680-8374    213-808-8074
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
david.horowitz@kirkland.com
*E-Mail Address*

of  Kirkland & Ellis LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: June 15, 2023**

_[signature]_
**U.S. District Judge**