1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Marshall M. Searcy III (Bar No. 169269)
2    marshallsearcy@quinnemanuel.com
   Kristen Bird (Bar No. 192863)
3    kristenbird@quinnemanuel.com
  865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Playboy Enterprises International,
  Inc., and Products Licensing, LLC

7

8

               **UNITED STATES DISTRICT COURT**

9

           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  THAI NIPPON RUBBER                )   Case No. 2:21-cv-09749-JFW-PD
   INDUSTRY PUBLIC LIMITED           )
12  COMPANY,                          )   **[PROPOSED] ORDER ON**
                               )   **STIPULATION REGARDING A**
13                             )   **CONTINUANCE OF PRE-TRIAL**
           Plaintiff,              )   **DEADLINES AND TRIAL DATE**
14                             )   Judge: Hon. John F. Walter
15       v.                             )
                           )   FAC Filed: March 16, 2022
16  PLAYBOY ENTERPRISES               )   Trial Date: September 26, 2023
   INTERNATIONAL, INC.,              )
17  PRODUCTS LICENSING, LLC, and      )
   NICHOLAI ALLEN                    )
18                             )
19         Defendants.                )
20                             )
21  _____)

22

23

24

25

26

27

28

---

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF
PRE-TRIAL DEADLINES AND TRIAL DATE**

Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| **Matter** | **Current** | **New** |
|---|---|---|
| Close of fact discovery | 7/14/23 | 9/12/23 |
| Affirmative Expert Reports | 7/24/23 | 9/22/23 |
| Rebuttal Expert Reports | 8/14/23 | 10/16/23 |
| Discovery Cutoff | 8/28/23 | 10/30/23 |
| Deadline to file summary judgment and Daubert motions | N/A | 11/6/23 |
| Deadline to file oppositions to summary judgment and Daubert motions | N/A | 11/20/23 |
| Deadline to file replies in support of summary judgment and Daubert motions | N/A | 12/1/23 |
| Last day for hearing motions | 9/11/23 at 1:30 p.m. | 12/18/23 |
| Submit Trial Documents per L.R. 16-1 to 16-11 <br> • Pre-Trial Conf. Order <br> • File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/815/23)) <br> • Memo of Contentions of Fact and Law <br> • Pre-Trial Exhibit Stipulation | 10/12/23 | 01/04/24 |

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| • Summary of Witness Testimony and Time Estimates<br><br>• File Status Report re: Settlement<br><br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br><br>• Joint Statement re Disputed Instructions, Verdicts, etc. | | |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 10/23/23 | 1/19/24 |
| Final Pre-Trial Conference | 10/27/23 at 8:00 a.m. | 1/26/24 |
| Hearings on Motions in Limine and Disputed Jury Instructions | 11/17/23 at 8:00 a.m. | 2/16/24 |
| Trial (Jury)<br>Estimated length: 4 days | 12/5/23 at 8:30 a.m. | 3/06/24 |

IT IS SO ORDERED.

DATED:  June __, 2023

_____
The Honorable John F. Walter
United States District Judge

3

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**