| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Marshall M. Searcy III (Bar No. 169269)<br>  marshallsearcy@quinnemanuel.com<br>  Kristen Bird (Bar No. 192863)<br>  kristenbird@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:    (213) 443-3000<br>Facsimile:     (213) 443-3100<br><br>Attorneys for Playboy Enterprises International, Inc., and Products Licensing, LLC | **DENIED**<br>BY ORDER OF THE COURT<br><br>*Without prejudice – No dates available in March or April of 2024 due to the Court's criminal trial calendar.*<br>                                                   6/20/23<br><br>/s/ John F. Walter |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>                    Defendants. | Case No. 2:21-cv-09749-JFW-PDx<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>Judge: Hon. John F. Walter<br><br>FAC Filed: March 16, 2022<br>Trial Date: September 26, 2023 |

   Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| Matter | Current | New |
|---|---|---|
| Close of fact discovery | 7/14/23 | 9/12/23 |
| Affirmative Expert Reports | 7/24/23 | 9/22/23 |
| Rebuttal Expert Reports | 8/14/23 | 10/16/23 |
| Discovery Cutoff | 8/28/23 | 10/30/23 |

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | | |
|---|---|---|---|
| Deadline to file summary judgment and Daubert motions | N/A | 11/6/23 |
| Deadline to file oppositions to summary judgment and Daubert motions | N/A | 11/20/23 |
| Deadline to file replies in support of summary judgment and Daubert motions | N/A | 12/1/23 |
| Last day for hearing motions | 9/11/23 at 1:30 p.m. | 12/18/23 |
| Submit Trial Documents per L.R. 16-1 to 16-11<br><br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/815/23))<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 10/12/23 | 01/04/24 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 10/23/23 | 1/19/24 |
| Final Pre-Trial Conference | 10/27/23 at 8:00 a.m. | 1/26/24 |
| Hearings on Motions in Limine and Disputed Jury Instructions | 11/17/23 at 8:00 a.m. | 2/16/24 |
| Trial (Jury) Estimated length: 4 days | 12/5/23 at 8:30 a.m. | 3/06/24 |

IT IS SO ORDERED.

DATED: June __, 2023

DENIED

The Honorable John F. Walter
United States District Judge

2

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**