QUINN EMANUEL URQUHART & SULLIVAN, LLP
Marshall M. Searcy III (Bar No. 169269)
marshallsearcy@quinnemanuel.com
Kristen Bird (Bar No. 192863)
kristenbird@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Playboy Enterprises International, Inc., and Products Licensing, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | Case No. 2:21-cv-09749-JFW-PD<br><br>**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>Judge: Hon. John F. Walter<br><br>FAC Filed: March 16, 2022<br>Trial Date: September 26, 2023 |

---

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

Defendants Playboy Enterprises International, Inc., Products Licensing, LLC, (together, "Playboy"), plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR"), and defendant Nicholai Allen (collectively, the "Parties"), by and through their counsel of record, jointly submit the following stipulation regarding a continuance of the pre-trial deadlines and trial date set by the Court's March 24, 2023 Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 73):

WHEREAS, for the reasons described below, the Parties respectfully request that the Court continue pre-trial deadlines and the trial date by approximately 70 days.

WHEREAS, the Parties acknowledge that scheduling extensions are generally disfavored by the Court. With due consideration, the Parties respectfully submit that a continuance of pre-trial deadlines and the trial date is necessary and advisable in this case to avoid prejudice and to facilitate settlement discussions.

WHEREAS, the Parties are working diligently to complete their respective document productions. Nonetheless, all Parties have recently produced substantial volumes of documents requiring time to review in advance of depositions. For instance, on June 7, 2023, TNR made a production of approximately 33,082 documents, consisting of over 140,000 pages. Thousands of the documents produced by TNR are in Thai and thus require translation before review. In addition, certified translations of certain documents may need to be prepared for documents Playboy intends to use in depositions of current or former TNR employees. In addition, on May 17, Playboy produced 20,270 documents comprising over 155,000 pages and on June 12, produced 5,606 documents comprising over 94,000 pages. Finally, Mr. Allen—who is now pro se—has recently produced a substantial volume of documents consisting of over 209,927 files. These documents include emails, documents, and text messages. Per an agreement between TNR and Mr. Allen, certain potentially privileged documents have been segregated and provided to Mr. Allen for review. Mr. Allen is currently reviewing those documents for privilege,

but his new status as a pro se plaintiff may delay that review and the production of any non-privileged documents from the review set.

WHEREAS, although the Parties are proceeding diligently with scheduling depositions, they require additional time to review these documents in advance of depositions.

WHEREAS, apart from the above issues, Playboy and TNR are currently engaged in settlement discussions, and the parties' CEOs intend to meet with one another in person in Thailand as soon as it can be arranged to attempt to resolve this dispute.

WHEREAS, the Parties believe providing the modest extension requested below would help facilitate potential settlement while helping avoid the unnecessary expenditure of resources by the Parties and the Court in the event the Parties need to present discovery disputes.

WHEREAS, pursuant to the March 24, 2023 Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 73), the fact discovery cutoff in this action is on July 14, 2023.

WHEREAS, lead trial counsel for Playboy has a trial in another matter scheduled to begin on January 22, 2024, and estimated to continue until approximately February 2, 2024.

WHEREAS, on March 22, 2023, the Parties previously sought an extension of pretrial deadlines and the trial date for approximately 60 days, which was granted on March 24, 2023.

**THEREFORE**, the Parties hereby stipulate and respectfully request that there is good cause for the Court to enter an order continuing pre-trial deadlines and the trial date by approximately 70 days.  The parties also propose to add specific briefing deadlines for summary judgment and *Daubert* motions to their existing scheduling order.  The parties propose amending the deadlines set by the Court's March 24, 2023 Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 73), and proposed new dates are as follows:

| Matter | Current Deadline per Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 73) | Proposed New Deadlines |
|---|---|---|
| Close of fact discovery | 7/14/23 | 8/30/23 |
| Affirmative Expert Reports | 7/24/23 | 9/8/23 |
| Rebuttal Expert Reports | 8/14/23 | 9/29/23 |
| Expert Discovery Cutoff | 8/28/23 | 10/13/23 |
| Deadline to file summary judgment and Daubert motions | N/A | 10/20/23 |
| Deadline to file oppositions to summary judgment and Daubert motions | N/A | 11/3/23 |
| Deadline to file replies in support of summary judgment and Daubert motions | N/A | 11/10/23 |
| Last day for hearing motions | 9/11/23 at 1:30 p.m. | 11/29/23 |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/815/23))<br>• Memo of Contentions of Fact and Law | 10/12/23 | 12/14/23 |

4

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| • Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | | |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 10/23/23 | 12/29/23 |
| Final Pre-Trial Conference | 10/27/23 at 8:00 a.m. | 1/5/24 |
| Hearings on Motions in Limine and Disputed Jury Instructions | 11/17/23 at 8:00 a.m. | 1/26/24 |
| Trial (Jury)<br>Estimated length: 4 days | 12/5/23 at 8:30 a.m. | 2/12/24 |

It is so stipulated.

| | | |
|---|---|---|
| 1 | DATED:  June 22, 2023 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | | |
| 3 | | |
| 4 | | Marshall M. Searcy III (SBN 169269) |
| | | marshallsearcy@quinnemanuel.com |
| 5 | | Kristin Bird (SBN 192863) |
| | | kristinbird@quinnemanuel.com |
| 6 | | 865 South Figueroa Street, 10th Floor |
| | | Los Angeles, CA  90017 |
| 7 | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| 8 | | |
| 9 | | *Attorneys for Defendants* |
| | | *Playboy Enterprises International, Inc. and* |
| 10 | | *Products Licensing LLC* |
| 11 | DATED:  June 22, 2023 | Nicholai Allen |
| 12 | | |
| | | */s/ Nicholai Allen* |
| 13 | | 840 Crown Hill Drive |
| | | Simi Valley, CA 93063 |
| 14 | | |
| 15 | | *Pro Se* |
| 16 | DATED:  June 22, 2023 | KIRKLAND & ELLIS LLP |
| 17 | | |
| | | */s/ David I. Horowitz* |
| 18 | | Mark Holscher (SBN 139582) |
| | | mark.holscher@kirkland.com |
| 19 | | Michael Shipley (SBN 233674) |
| | | michael.shipley@kirkland.com |
| 20 | | Kristin Rose (SBN 278284) |
| | | kristin.rose@kirkland.com |
| 21 | | David I. Horowitz (SBN 248414) |
| | | david.horowitz@kirkland.com |
| 22 | | KIRKLAND & ELLIS LLP |
| | | 555 South Flower Street |
| 23 | | Los Angeles, CA  90071 |
| | | Telephone: (213) 680-8400 |
| 24 | | Facsimile: (213) 680-8500 |
| 25 | | |
| | | *Attorneys for Plaintiff* |
| 26 | | *Thai Nippon Rubber Industry Public Limited* |
| | | *Company* |
| 27 | | |
| 28 | | |

6

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Gregory A. Fuoco

7

STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE