1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Marshall M. Searcy III (Bar No. 169269)
2   marshallsearcy@quinnemanuel.com
    Kristen Bird (Bar No. 192863)
3   kristenbird@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Playboy Enterprises International,
   Inc., and Products Licensing, LLC
7

8
                        **UNITED STATES DISTRICT COURT**
9
                       **CENTRAL DISTRICT OF CALIFORNIA**
10

11 THAI NIPPON RUBBER                  )  Case No. 2:21-cv-09749-JFW-PD
   INDUSTRY PUBLIC LIMITED             )
12 COMPANY,                            )  **[PROPOSED] ORDER ON**
                                       )  **STIPULATION REGARDING A**
13                                     )  **CONTINUANCE OF PRE-TRIAL**
               Plaintiff,              )  **DEADLINES AND TRIAL DATE**
14                                     )
                                       )  Judge: Hon. John F. Walter
15         v.                          )
                                       )  FAC Filed: March 16, 2022
16 PLAYBOY ENTERPRISES                 )  Trial Date: September 26, 2023
   INTERNATIONAL, INC.,                )
17 PRODUCTS LICENSING, LLC, and        )
   NICHOLAI ALLEN                      )
18                                     )
                                       )
19             Defendants.             )
                                       )
20                                     )
                                       )
21 _____ )

22

23

24

25

26

27

28

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF
PRE-TRIAL DEADLINES AND TRIAL DATE**

Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| **Matter** | **Current** | **New** |
|---|---|---|
| Close of fact discovery | 7/14/23 | 8/30/23 |
| Affirmative Expert Reports | 7/24/23 | 9/8/23 |
| Rebuttal Expert Reports | 8/14/23 | 9/29/23 |
| Expert Discovery Cutoff | 8/28/23 | 10/13/23 |
| Deadline to file summary judgment and Daubert motions | N/A | 10/20/23 |
| Deadline to file oppositions to summary judgment and Daubert motions | N/A | 11/3/23 |
| Deadline to file replies in support of summary judgment and Daubert motions | N/A | 11/10/23 |
| Last day for hearing motions | 9/11/23 at 1:30 p.m. | 11/29/23 |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/815/23))<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation | 10/12/23 | 12/14/23 |

2

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| • Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | | |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 10/23/23 | 12/29/23 |
| Final Pre-Trial Conference | 10/27/23 at 8:00 a.m. | 1/5/24 |
| Hearings on Motions in Limine and Disputed Jury Instructions | 11/17/23 at 8:00 a.m. | 1/26/24 |
| Trial (Jury)<br>Estimated length: 4 days | 12/5/23 at 8:30 a.m. | 2/12/24 |

IT IS SO ORDERED.

DATED: June __, 2023

_____
The Honorable John F. Walter
United States District Judge

3

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**