QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Marshall M. Searcy III (Bar No. 169269)
  marshallsearcy@quinnemanuel.com
  Kristen Bird (Bar No. 192863)
  kristenbird@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

**Note Changes Made by Court**

Attorneys for Playboy Enterprises International, Inc.,
and Products Licensing, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>         Defendants. | Case No. 2:21-cv-09749-JFW-PDx<br><br>**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>Judge:  Hon. John F. Walter |

Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| **Matter** | **Current** | **New** |
|---|---|---|
| Close of fact discovery | 7/14/23 | 8/30/23 |
| Affirmative Expert Reports | 7/24/23 | 9/8/23 |
| Rebuttal Expert Reports | 8/14/23 | 9/29/23 |
| Expert Discovery Cutoff | 8/28/23 | 10/13/23 |
| Deadline to file summary judgment motions | N/A | 10/16/23 |
| Deadline to file oppositions to summary judgment | N/A | 10/30/23 |
| Deadline to file replies in support of summary judgment motions | N/A | 11/6/23 |
| Last day for hearing motions | 9/11/23 | 11/20/23 at 1:30 p.m. |

| | | |
|---|---|---|
| Submit Trial Documents per L.R. 16-1 to 16-11 Pre-Trial Conf. Order; File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 per CMO); Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; Joint Statement re Disputed Instructions, Verdicts, etc. | 10/12/23 | 12/14/23 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 10/23/23 | 12/19/23 |
| Final Pre-Trial Conference | 10/27/23 | 1/5/24 at 8:00 a.m. |
| Hearings on Motions in Limine and Disputed Jury Instructions | 11/17/23 | 1/26/24 at 8:00 a.m. |
| Trial (Jury) Estimated length: 4 days | 12/5/23 | 2/13/24 at 8:30 a.m. |

IT IS SO ORDERED.

DATED: June 23, 2023

_____
The Honorable John F. Walter
United States District Judge

**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**