Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | CASE NO. 2:21-cv-09749<br><br>**STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>FAC Filed:        March 16, 2022<br><br>Judge:            Hon. John F. Walter<br>Trial Date:      February 13, 2024 |

**STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

Defendants Playboy Enterprises International, Inc., Products Licensing, LLC, (together, "Playboy"), plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR"), and defendant Nicholai Allen (collectively, the "Parties"), by and through their counsel of record, jointly submit the following stipulation regarding a continuance of the pre-trial deadlines and trial date set by the Court's June 23, 2023 Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 93):

WHEREAS, on March 22, 2023, the Parties previously sought an extension of pretrial deadlines and the trial date for approximately 60 days, which was granted on March 24, 2023.

WHEREAS, on June 20, 2023, the Parties previously sought an extension of pretrial deadlines and the trial date for approximately 87 days, which was granted with minor changes by the Court on June 23, 2023.

WHEREAS, pursuant to the June 23, 2023 Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 93), the fact discovery cutoff in this action is on August 30, 2023.

WHEREAS, for the reasons described below, the Parties respectfully request that the Court continue pre-trial deadlines and the trial date by approximately 90 additional days.

WHEREAS, the Parties acknowledge that scheduling extensions are generally disfavored by the Court. With due consideration, the Parties respectfully submit that a continuance of pre-trial deadlines and the trial date is necessary and advisable in this case to facilitate a potential settlement of this matter.

WHEREAS, Playboy and TNR are actively engaged in settlement discussions.

WHEREAS, the Parties' principals have recently met in person in Thailand to discuss a potential resolution. The Parties have exchanged multiple rounds of offers and counteroffers in the past few weeks and have made significant progress in their negotiations.

WHEREAS, any anticipated settlement will likely entail a business resolution that implicates complicated business and licensing terms that will take time for the Parties to resolve.

WHEREAS, the individuals directly involved in settlement negotiations are prospective deponents in this case.

WHEREAS, the Parties agree that taking depositions under the current schedule, while active settlement discussions are ongoing, would be counterproductive to their mutual efforts to resolve the dispute.

WHEREAS, the Parties agree that providing the modest extension requested below would facilitate potential settlement while helping avoid the unnecessary expenditure of resources by the Parties and the Court and disrupting the progress the Parties have made.

**THEREFORE**, the Parties hereby stipulate and respectfully request that there is good cause for the Court to enter an order continuing pre-trial deadlines and the trial date by approximately 90 days. The parties propose amending the deadlines set by the Court's June 23, 2023 Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 93), and proposed new dates are as follows:

| Matter | Current Deadline per Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 93) | Proposed New Deadlines |
|---|---|---|
| Close of fact discovery | 8/30/2023 | 11/21/2023 |
| Affirmative Expert Reports | 9/8/2023 | 11/30/2023 |
| Rebuttal Expert Reports | 9/29/2023 | 12/21/2023 |
| Expert Discovery Cutoff | 10/13/2023 | 1/11/2024 |
| Deadline to file summary judgment motions | 10/16/2023 | 1/15/2024 |
| Deadline to file oppositions to summary judgment | 10/30/2023 | 1/29/2024 |

| | | |
|---|---|---|
| Deadline to file replies in support of summary judgment motions | 11/6/2023 | 2/5/2024 |
| Last day for hearing motions | 11/20/2023 at 1:30 p.m. | 2/19/2024 |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 12/14/2023 | 3/13/2024 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 12/19/2023 | 3/18/2024 |
| Final Pre-Trial Conference | 1/5/2024 at 8:00 a.m. | 4/4/2024 |
| Hearing on Motions in Limine and Disputed Jury Instructions | 1/26/2024 at 8:00 a.m. | 4/25/2024 |
| Trial (Jury)<br>Estimated length: 4 days | 2/13/2024 at 8:30 a.m. | 5/13/2024 (or the earliest date thereafter that works for the Court)[1] |

It is so stipulated.

---

[1] If the Court sets a later trial date the Parties will submit a new proposed order that adjusts the earlier dates accordingly.

3
**STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| 1 | DATED: August 17, 2023 | KIRKLAND & ELLIS LLP |
| 2 | | */s/ David I. Horowitz* |
| 3 | | Mark Holscher (SBN 139582) |
| | | mark.holscher@kirkland.com |
| 4 | | David I. Horowitz (SBN 248414) |
| | | dhorowitz@kirkland.com |
| 5 | | Michael A. Shipley (SBN 233674) |
| | | mshipley@kirkland.com |
| 6 | | **KIRKLAND & ELLIS LLP** |
| | | 555 South Flower Street |
| 7 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 680-8400 |
| 8 | | Facsimile: (213) 680-8500 |
| 9 | | *Attorneys for Plaintiff* |
| | | *Thai Nippon Rubber Industry Public* |
| 10 | | *Limited Company* |
| 11 | DATED: August 17, 2023 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 12 | | |
| 13 | | */s/ Greg Fuoco* |
| | | Marshall M. Searcy III (SBN 169269) |
| | | marshallsearcy@quinnemanuel.com |
| 14 | | Kristin Bird (SBN 192863) |
| | | kristinbird@quinnemanuel.com |
| 15 | | Greg Fuoco (SBN 308073) |
| | | gregfuoco@quinnemanuel.com |
| 16 | | 865 South Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017 |
| 17 | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| 18 | | |
| 19 | | *Attorneys for Defendants* |
| | | *Playboy Enterprises International, Inc.* |
| | | *and Products Licensing LLC* |
| 20 | DATED: August 17, 2023 | Nicholai Allen |
| 21 | | |
| 22 | | */s/ Nicholai Allen* |
| | | 840 Crown Hill Drive |
| 23 | | Simi Valley, CA 93063 |
| | | nicholai.allen@gmail.com |
| 24 | | *Pro se* |

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ David I. Horowitz*
David I. Horowitz

4
**STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**