Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>    Defendants. | CASE NO. 2:21-cv-09749<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>FAC Filed:    March 16, 2022<br><br>Judge:         Hon. John F. Walter<br>Trial Date:   February 13, 2024 |

**[PROPOSED] ORDER ON STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| **Matter** | **Current** | **New** |
|---|---|---|
| Close of fact discovery | 8/30/2023 | 11/21/2023 |
| Affirmative Expert Reports | 9/8/2023 | 11/30/2023 |
| Rebuttal Expert Reports | 9/29/2023 | 12/21/2023 |
| Expert Discovery Cutoff | 10/13/2023 | 1/11/2024 |
| Deadline to file summary judgment motions | 10/16/2023 | 1/15/2024 |
| Deadline to file oppositions to summary judgment | 10/30/2023 | 1/29/2024 |
| Deadline to file replies in support of summary judgment motions | 11/6/2023 | 2/5/2024 |
| Last day for hearing motions | 11/20/2023 at 1:30 p.m. | 2/19/2024 |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 12/14/2023 | 3/13/2024 |

1

**[PROPOSED] ORDER ON STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 12/19/2023 | 3/18/2024 |
|---|---|---|
| Final Pre-Trial Conference | 1/5/2024 at 8:00 a.m. | 4/4/2024 |
| Hearing on Motions in Limine and Disputed Jury Instructions | 1/26/2024 at 8:00 a.m. | 4/25/2024 |
| Trial (Jury) Estimated length: 4 days | 2/13/2024 at 8:30 a.m. | 5/13/2024 |

IT IS SO ORDERED.

DATED: August ___, 2023

_____
The Honorable John F. Walter
United States District Judge