Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**          **Note changes by Court**
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY, | CASE NO. 2:21-cv-09749 JFW(PDx) |
| Plaintiff, | **ORDER ON STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE** |
| v. | FAC Filed:     March 16, 2022 |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN | Judge:          Hon. John F. Walter
Trial Date:    February 13, 2024 |
| Defendants. | |

Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| Matter | Current | New |
|---|---|---|
| Close of fact discovery | 8/30/2023 | 11/21/2023 |
| Affirmative Expert Reports | 9/8/2023 | 11/30/2023 |
| Rebuttal Expert Reports | 9/29/2023 | 12/21/2023 |
| Expert Discovery Cutoff | 10/13/2023 | 1/11/2024 |

1

**ORDER ON STIPULATION REGARDING FURTHER CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| Deadline to file summary judgment motions | 10/16/2023 | 1/15/2024 |
| Deadline to file oppositions to summary judgment | 10/30/2023 | 1/29/2024 |
| Deadline to file replies in support of summary judgment motions | 11/6/2023 | 2/5/2024 |
| Last day for hearing motions | 11/20/2023 | 2/26/2024 at 1:30 p.m. |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 12/14/2023 | 3/13/2024 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 12/19/2023 | 3/18/2024 |
| Final Pre-Trial Conference | 1/5/2024 | 4/5/2024 at 8:00 a.m. |
| Hearing on Motions in Limine and Disputed Jury Instructions | 1/26/2024 | 4/26/2024 at 8:00 a.m. |
| Trial (Jury)<br>Estimated length: 4 days | 2/13/2024 | 5/14/2024 at 8:30 a.m. |

IT IS SO ORDERED.

DATED: August 17, 2023

_____
The Honorable John F. Walter
United States District Judge