Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | CASE NO. 2:21-cv-09749<br><br>**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>FAC Filed:   March 16, 2022<br><br>Judge:        Hon. John F. Walter<br>Trial Date:  May 14, 2024 |

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL
DEADLINES AND TRIAL DATE**

Defendants Playboy Enterprises International, Inc., Products Licensing, LLC, (together, "Playboy"), Plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR"), and Defendant Nicholai Allen (collectively, the "Parties"), jointly submit the following stipulation regarding a continuance of the pre-trial deadlines and trial date set by the Court's August 17, 2023 Order on Stipulation Regarding Further Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 95):

WHEREAS, on March 22, 2023, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 60 days, which was granted on March 24, 2023.

WHEREAS, on June 20, 2023, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 87 days, which was granted with minor changes by the Court on June 23, 2023.

WHEREAS, on August 17, 2023, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 90 days, which was granted with minor changes by the Court on August 17, 2023.

WHEREAS, for the reasons described below, the Parties respectfully request that the Court continue pre-trial deadlines and the trial date by approximately 76 days.

WHEREAS, the Parties acknowledge that scheduling extensions are generally disfavored by the Court.  With due consideration, the Parties respectfully submit that a continuance of pre-trial deadlines and the trial date is necessary and advisable in this case to avoid prejudice and to facilitate settlement discussions.

WHEREAS, Playboy and TNR continue to make progress in settlement discussions. The contemplated settlement entails a commercial resolution with many details that must be resolved between the Parties. The Parties have agreed on material commercial terms and exchanged a long form settlement agreement, but need additional time to discuss and finalize remaining settlement terms.

WHEREAS, the individuals directly involved in settlement negotiations are prospective deponents in this case.

WHEREAS, the Parties agree that taking depositions under the current schedule, while settlement discussions are ongoing, would be counterproductive to their mutual efforts to resolve the dispute.

WHEREAS, the Parties believe providing the extension requested below would help facilitate negotiations on outstanding issues and allow the Parties to finalize a settlement agreement.

WHEREAS, the Parties acknowledge that they have previously sought and obtained multiple extensions and that settlement negotiations have continued longer than expected but request the Court's indulgence to avoid any unnecessary expenditure of resources by the Parties and the Court.

**THEREFORE**, the Parties hereby stipulate and respectfully request that there is good cause for the Court to enter an order continuing pre-trial deadlines and the trial date by approximately 76 days. The parties propose amending the deadlines set by the Court's August 17, 2023 Order on Stipulation Regarding Further Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 95), and proposed new dates are as follows:

| **Matter** | **Current Deadline per Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 95)** | **Proposed New Deadlines** |
|---|---|---|
| Close of fact discovery | 11/21/2023 | 2/6/2024 |
| Affirmative Expert Reports | 11/30/2023 | 2/13/2024 |
| Rebuttal Expert Reports | 12/21/2023 | 3/5/2024 |
| Expert Discovery Cutoff | 1/11/2024 | 3/26/3024 |
| Deadline to file summary judgment motions | 1/15/2024 | 4/2/2024 |
| Deadline to file oppositions to summary judgment | 1/29/2024 | 4/16/2024 |
| Deadline to file replies in support of summary judgment motions | 2/5/2024 | 4/23/2024 |

| Last day for hearing motions | 2/26/2024 at 1:30 p.m. | 5/13/2024 at 1:30 p.m. |
|---|---|---|
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 3/13/2024 | 5/28/2024 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 3/18/2024 | 6/4/2024 |
| Final Pre-Trial Conference | 4/5/2024 at 8:00 a.m. | 6/20/2024 at 8:00 a.m. |
| Hearing on Motions in Limine and Disputed Jury Instructions | 4/26/2024 at 8:00 a.m. | 7/10/2024 at 8:00 a.m. |
| Trial (Jury)<br>Estimated length: 4 days | 5/14/2024 at 8:30 a.m. | 7/30/2024 at 8:30 a.m. |

It is so stipulated.

3
**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| 1 | DATED: October 27, 2023 | KIRKLAND & ELLIS LLP |
| 2 | | */s/ David I Horowitz* |
| 3 | | Mark Holscher (SBN 139582)<br>mark.holscher@kirkland.com |
| 4 | | David I. Horowitz (SBN 248414)<br>dhorowitz@kirkland.com |
| 5 | | Michael A. Shipley (SBN 233674)<br>mshipley@kirkland.com |
| 6 | | **KIRKLAND & ELLIS LLP**<br>555 South Flower Street |
| 7 | | Los Angeles, CA 90071<br>Telephone: (213) 680-8400 |
| 8 | | Facsimile: (213) 680-8500 |
| 9 | | *Attorneys for Plaintiff*<br>*Thai Nippon Rubber Industry Public* |
| 10 | | *Limited Company* |
| 11 | DATED: October 27, 2023 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 12 | | */s/ Greg Fuoco* |
| 13 | | Marshall M. Searcy III (SBN 169269)<br>marshallsearcy@quinnemanuel.com |
| 14 | | Kristin Bird (SBN 192863)<br>kristinbird@quinnemanuel.com |
| 15 | | Greg Fuoco (SBN 308073)<br>gregfuoco@quinnemanuel.com |
| 16 | | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| 17 | | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 18 | | |
| 19 | | *Attorneys for Defendants*<br>*Playboy Enterprises International, Inc.*<br>*and Products Licensing LLC* |
| 20 | DATED: October 27, 2023 | Nicholai Allen |
| 21 | | |
| 22 | | */s/ Nicholai Allen*<br>840 Crown Hill Drive |
| 23 | | Simi Valley, CA 93063<br>nicholai.allen@gmail.com |
| 24 | | *Pro se Defendant* |

25   I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

26

27  */s/ David I Horowitz*
     David I. Horowitz

28

---

4
**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kirkland & Ellis LLP, 555 South Flower Street, Suite 3700, Los Angeles, California 90071.

On October 27, 2023, I caused service of the foregoing document described as:

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

on the interested parties in this action as follows:

☒ **By CM/ECF**

I caused said document(s) to be transmitted via the Court's CM/ECF system to the following parties.

| | |
|---|---|
| Marshall M. Searcy, III<br>Scott B. Kidman<br>Kristen Bird<br>Greg Fuoco<br>Quinn Emanuel Urquhart<br>& Sullivan LLP<br>865 South Figueroa Street 10th Fl.<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br>marshallsearcy@quinnemanuel.com<br>scottkidman@quinnemanuel.com<br>kristenbird@quinnemanuel.com<br>gregfuoco@quinnemanuel.com | Attorneys for Defendants<br>*Playboy Enterprises<br>International, Inc.<br>Products Licensing, LLC* |
| Cyndie M Chang<br>Angelica A. Zabanal<br>Duane Morris LLP<br>865 South Figueroa Street,<br>Suite 3100<br>Los Angeles, CA 90071-5450<br>Tel: 213-689-7400<br>Fax: 213-689-7401<br>cmchang@duanemorris.com<br>aazabanal@duanemorris.com | Attorneys for Plaintiff<br>*Thai Nippon Rubber<br>Industry Public Limited<br>Company* |

**CERTIFICATE OF SERVICE**

☒ **By Electronic Service**

I also caused said document(s) to be transmitted by electronic mail to the name and email address of the person set forth below. The document was transmitted by electronic transmission and without error.

Nicholai Allen  
840 Crown Hill Drive  
Simi Valley, CA 93063  
Nicholai.allen@gmail.com

*Pro Se Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2023, at Los Angeles, California.

_____  
Keith Catuara