Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | CASE NO. 2:21-cv-09749<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>FAC Filed: March 16, 2022<br><br>Judge: Hon. John F. Walter<br>Trial Date: May 14, 2024 |

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE
OF PRE-TRIAL DEADLINES AND TRIAL DATE**

Having reviewed the Parties' Stipulation Regarding a Further Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| Matter | Current | New |
|---|---|---|
| Close of fact discovery | 11/21/2023 | 2/6/2024 |
| Affirmative Expert Reports | 11/30/2023 | 2/13/2024 |
| Rebuttal Expert Reports | 12/21/2023 | 3/5/2024 |
| Expert Discovery Cutoff | 1/11/2024 | 3/26/3024 |
| Deadline to file summary judgment motions | 1/15/2024 | 4/2/2024 |
| Deadline to file oppositions to summary judgment | 1/29/2024 | 4/16/2024 |
| Deadline to file replies in support of summary judgment motions | 2/5/2024 | 4/23/2024 |
| Last day for hearing motions | 2/26/2024 at 1:30 p.m. | 5/13/2024 at 1:30 p.m. |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms | 3/13/2024 | 5/28/2024 |

1

**[PROPOSED] ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| | | |
|---|---|---|
| • Joint Statement re Disputed Instructions, Verdicts, etc. | | |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 3/18/2024 | 6/4/2024 |
| Final Pre-Trial Conference | 4/5/2024 at 8:00 a.m. | 6/20/2024 at 8:00 a.m. |
| Hearing on Motions in Limine and Disputed Jury Instructions | 4/26/2024 at 8:00 a.m. | 7/10/2024 at 8:00 a.m. |
| Trial (Jury) Estimated length: 4 days | 5/14/2024 at 8:30 a.m. | 7/30/2024 at 8:30 a.m. |

IT IS SO ORDERED.

DATED: October ___, 2023

_____
The Honorable John F. Walter
United States District Judge