Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA  90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | CASE NO. 2:21-cv-09749 JFW(PDx)<br><br>**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>FAC Filed:      March 16, 2022<br><br>Judge:          Hon. John F. Walter<br>Trial Date:     July 30, 2024 |

Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the following deadlines:

| Matter | Current Date | New Date |
|---|---|---|
| Close of fact discovery | 2/6/2024 | 4/9/2024 |
| Affirmative Expert Reports | 2/13/2024 | 4/16/2024 |
| Rebuttal Expert Reports | 3/5/2024 | 5/7/2024 |
| Expert Discovery Cutoff | 3/26/3024 | 5/28/2024 |
| Deadline to file summary judgment motions | 4/2/2024 | 6/4/2024 |
| Deadline to file oppositions to summary judgment | 4/16/2024 | 6/18/2024 |

| | | | |
|---|---|---|---|
| Deadline to file replies in support of summary judgment motions | 4/23/2024 | 6/25/2024 |
| Last day for hearing motions | 5/13/2024 at 1:30 p.m. | 7/15/2024 at 1:30 p.m. |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 5/28/2024 | 7/30/2024 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 6/4/2024 | 8/6/2024 |
| Final Pre-Trial Conference | 6/21/2024 at 8:00 a.m. | 8/23/2024 at 8:00 a.m. |
| Hearing on Motions in Limine and Disputed Jury Instructions | 7/12/2024 at 8:00 a.m. | 9/13/2024 at 8:00 a.m. |
| Trial (Jury) Estimated length: 4 days | 7/30/2024 at 8:30 a.m. | 10/1/2024 at 8:30 a.m. |

IT IS SO ORDERED.

DATED: January 18, 2024

The Honorable John F. Walter
United States District Judge

2