1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  David I. Horowitz (SBN 248414)
   dhorowitz@kirkland.com
3  Michael A. Shipley (SBN 233674)
   mshipley@kirkland.com
4  **KIRKLAND & ELLIS LLP**
   555 South Flower Street
5  Los Angeles, CA 90071
   Telephone: (213) 680-8400
6  Facsimile: (213) 680-8500

7  *Attorneys for Plaintiff*
   *Thai Nippon Rubber Industry Public*
8  *Limited Company*

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11 THAI NIPPON RUBBER                ) CASE NO. 2:21-cv-09749
   INDUSTRY PUBLIC LIMITED           )
12 COMPANY,                          ) **STIPULATION REGARDING A**
                                     ) **CONTINUANCE OF PRE-TRIAL**
13          Plaintiff,               ) **DEADLINES AND TRIAL DATE**
                                     )
14      v.                           ) FAC Filed:    March 16, 2022
                                     )
15 PLAYBOY ENTERPRISES               )
   INTERNATIONAL, INC.,              ) Judge:        Hon. John F. Walter
16 PRODUCTS LICENSING, LLC, and      ) Trial Date:   October 1, 2024
   NICHOLAI ALLEN                    )
17                                   )
          Defendants.                )
18                                   )
                                     )
19 ─────────────────────────────────

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────────────
        **STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL**
                  **DEADLINES AND TRIAL DATE**

Defendants Playboy Enterprises International, Inc., Products Licensing, LLC, (together, "Playboy"), Plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR"), and Defendant Nicholai Allen (collectively, the "Parties"), jointly submit the following stipulation regarding a continuance of the pre-trial deadlines and trial date set by the Court's January 19, 2024 Order on Stipulation Regarding Further Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 99):

WHEREAS, on March 22, 2023, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 60 days, which was granted on March 24, 2023.

WHEREAS, on June 20, 2023, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 87 days, which was granted with minor changes by the Court on June 23, 2023.

WHEREAS, on August 17, 2023, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 90 days, which was granted with minor changes by the Court on August 17, 2023.

WHEREAS, on October 27, 2023, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 76 days, which was granted with minor changes by the Court on October 30, 2023.

WHEREAS, on January 17, 2024, the Parties previously sought an extension of pre-trial deadlines and the trial date for approximately 63 days, which was granted with minor changes by the Court on January 19, 2024.

WHEREAS, for the reasons described below, the Parties respectfully request that the Court continue pre-trial deadlines and the trial date by approximately 75 days.

WHEREAS, the Parties acknowledge that scheduling extensions are generally disfavored by the Court.  With due consideration, the Parties respectfully submit that a continuance of pre-trial deadlines and the trial date is necessary and advisable in this case to avoid prejudice and to facilitate settlement discussions.

1

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

WHEREAS, Playboy and TNR continue to make progress in negotiating a settlement. The contemplated agreement entails a commercial resolution with some remaining details that must be resolved between the Parties. The Parties are arranging an in-person meeting in Thailand in late March 2024 to advance their settlement discussions. The Parties hope to finalize an agreement at that time.

WHEREAS, the individuals directly involved in settlement negotiations are prospective deponents in this case.

WHEREAS, the Parties agree that taking depositions under the current schedule, while settlement discussions are ongoing, would be counterproductive to their mutual efforts to resolve the dispute.

WHEREAS, the Parties believe providing the extension requested below would help facilitate negotiations on outstanding issues and allow the Parties to finalize a settlement agreement.

WHEREAS, the Parties acknowledge that they have previously sought and obtained multiple extensions and that settlement negotiations have continued longer than expected but request the Court's indulgence to avoid any unnecessary expenditure of resources by the Parties and the Court.

**THEREFORE**, the Parties hereby stipulate and respectfully request that there is good cause for the Court to enter an order continuing pre-trial deadlines and the trial date by approximately 75 days.  The parties propose amending the deadlines set by the Court's January 19, 2024 Order on Stipulation Regarding Further Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 99), and proposed new dates are as follows:

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| Matter | Current Deadline per Order on Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 99) | Proposed New Deadlines |
|---|---|---|
| Close of fact discovery | 4/9/2024 | 6/25/2024 |
| Affirmative Expert Reports | 4/16/2024 | 7/2/2024 |
| Rebuttal Expert Reports | 5/7/2024 | 7/23/2024 |
| Expert Discovery Cutoff | 5/28/2024 | 8/13/2024 |
| Deadline to file summary judgment motions | 6/4/2024 | 8/27/2024 |
| Deadline to file oppositions to summary judgment | 6/18/2024 | 9/10/2024 |
| Deadline to file replies in support of summary judgment motions | 6/25/2024 | 9/17/2024 |
| Last day for hearing motions | 7/15/2024 at 1:30 p.m. | 10/7/2024 at 1:30 p.m. |
| Submit Trial Documents per L.R. 16-1 to 16-11<br><br>• Pre-Trial Conf. Order<br><br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br><br>• Memo of Contentions of Fact and Law<br><br>• Pre-Trial Exhibit Stipulation<br><br>• Summary of Witness Testimony and Time Estimates<br><br>• File Status Report re: Settlement<br><br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br><br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 7/30/2024 | 10/14/2024 |

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 8/6/2024 | 10/21/2024 |
|---|---|---|
| Final Pre-Trial Conference | 8/23/2024 at 8:00 a.m. | 11/4/2024 at 8:00 a.m. |
| Hearing on Motions in Limine and Disputed Jury Instructions | 9/13/2024 at 8:00 a.m. | 11/18/2024 at 8:00 a.m. |
| Trial (Jury) Estimated length: 4 days | 10/1/2024 at 8:30 a.m. | 12/3/2024 at 8:30 a.m. |

It is so stipulated.

4

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

1     DATED:  March 7, 2024           KIRKLAND & ELLIS LLP

2
                                         */s/ David I. Horowitz*

3                                          Mark Holscher (SBN 139582)
                                         mark.holscher@kirkland.com

4                                          David I. Horowitz (SBN 248414)
                                         dhorowitz@kirkland.com

5                                          Michael A. Shipley (SBN 233674)
                                         mshipley@kirkland.com

6                                          **KIRKLAND & ELLIS LLP**
                                         555 South Flower Street

7                                          Los Angeles, CA 90071
                                         Telephone:  (213) 680-8400

8                                          Facsimile:   (213) 680-8500

9                                          *Attorneys for Plaintiff*
                                         *Thai Nippon Rubber Industry Public*

10                                         *Limited Company*

11     DATED:  March 7, 2024           QUINN EMANUEL URQUHART &
                                         SULLIVAN LLP

12
                                         */s/ Marshall M. Searcy*

13                                          Marshall M. Searcy III (SBN 169269)
                                         marshallsearcy@quinnemanuel.com

14                                          Kristin Bird (SBN 192863)
                                         kristinbird@quinnemanuel.com

15                                          Greg Fuoco (SBN 308073)
                                         gregfuoco@quinnemanuel.com

16                                          865 South Figueroa Street, 10th Floor
                                         Los Angeles, CA 90017

17                                          Telephone:  (213) 443-3000
                                         Facsimile:   (213) 443-3100

18
                                         *Attorneys for Defendants*

19                                          *Playboy Enterprises International, Inc.*
                                         *and Products Licensing LLC*

20     DATED:  March 7, 2024           Nicholai Allen

21
                                         */s/ Nicholai Allen*

22                                          840 Crown Hill Drive
                                         Simi Valley, CA 93063

23                                          nicholai.allen@gmail.com

24                                          *Pro se Defendant*

25

26        I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

27                                          */s/ David I. Horowitz*
                                         David I. Horowitz

28

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Kirkland & Ellis LLP, 555 South Flower Street, Suite 3700, Los Angeles, California 90071.

On March 7, 2024, I caused service of the foregoing document described as:

**STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

on the interested parties in this action as follows:

☒   **By CM/ECF**

I caused said document(s) to be transmitted via the Court's CM/ECF system to the following parties.

| | |
|---|---|
| Marshall M Searcy, III<br>Scott B Kidman<br>Kristen Bird<br>Greg Fuoco<br>Quinn Emanuel Urquhart<br>& Sullivan LLP<br>865 South Figueroa Street 10th Fl.<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br>marshallsearcy@quinnemanuel.com<br>scottkidman@quinnemanuel.com<br>kristenbird@quinnemanuel.com<br>gregfuoco@quinnemanuel.com | Attorneys for Defendants<br>*Playboy Enterprises International, Inc.*<br>*Products Licensing, LLC* |
| Cyndie M. Chang<br>Angelica A. Zabanal<br>Duane Morris LLP<br>865 South Figueroa Street<br>Suite 3100<br>Los Angeles, CA 90071-5450<br>Tel: 213-689-7400<br>Fax: 213-689-7401<br>cmchang@duanemorris.com<br>aazabanal@duanemorris.com | Attorneys for Plaintiff<br>*Thai Nippon Rubber Industry Public Limited Company* |

6

**CERTIFICATE OF SERVICE**

⊠   **<u>By Electronic Service</u>**
I also caused said document(s) to be transmitted by electronic mail to the name and email address of the person set forth below.  The document was transmitted by electronic transmission and without error.

Nicholai Allen                                     *Pro Se Defendant*
840 Crown Hill Drive
Simi Valley, CA 93063
Nicholai.allen@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2024, at Los Angeles, California.

_____
Keith Catuara

7
**CERTIFICATE OF SERVICE**