1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  David I. Horowitz (SBN 248414)
   dhorowitz@kirkland.com
3  Michael A. Shipley (SBN 233674)
   mshipley@kirkland.com
4  **KIRKLAND & ELLIS LLP**
   555 South Flower Street
5  Los Angeles, CA  90071
   Telephone: (213) 680-8400
6  Facsimile: (213) 680-8500

**NOTE: CHANGES MADE BY THE COURT**

7  *Attorneys for Plaintiff*
   *Thai Nippon Rubber Industry Public*
8  *Limited Company*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>            Defendants. | CASE NO. 2:21-cv-09749 JFW(PDx)<br><br>**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE** |

| Matter | Current Deadline per Order on Stipulation Re a Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 99) | New Deadlines |
|---|---|---|
| Close of fact discovery | 4/9/2024 | 6/25/2024 |
| Affirmative Expert Reports | 4/16/2024 | 7/2/2024 |
| Rebuttal Expert Reports | 5/7/2024 | 7/23/2024 |
| Expert Discovery Cutoff | 5/28/2024 | 8/13/2024 |
| Deadline to file summary judgment motions | 6/4/2024 | 8/27/2024 |

**ORDER ON STIPULATION REGARDING A CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE**

| Matter | Current Deadline per Order on Stipulation Re Continuance of Pre-Trial Deadlines and Trial Date (Dkt. 99) | New Deadlines |
|---|---|---|
| Deadline to file oppositions to summary judgment | 6/18/2024 | 9/10/2024 |
| Deadline to file replies in support of summary judgment motions | 6/25/2024 | 9/17/2024 |
| Last day for hearing motions | 7/15/2024 at 1:30 p.m. | 10/7/2024 at 1:30 p.m. |
| Submit Trial Documents per L.R. 16-1 to 16-11<br>• Pre-Trial Conf. Order<br>• File Motions in Limine (to be briefed per L.R. 7-3 to 7-10 and heard on 9/15/23)<br>• Memo of Contentions of Fact and Law<br>• Pre-Trial Exhibit Stipulation<br>• Summary of Witness Testimony and Time Estimates<br>• File Status Report re: Settlement<br>• Agreed Upon Set of Jury Instructions and Verdict Forms<br>• Joint Statement re Disputed Instructions, Verdicts, etc. | 7/30/2024 | 10/14/2024 |
| File Proposed Voir Dire Questions and Agreed-to Statement of Case | 8/6/2024 | 10/21/2024 |
| Final Pre-Trial Conference | 8/23/2024 at 8:00 a.m. | **11/1/2024 at 8:00 a.m.** |
| Hearing on Motions in Limine and Disputed Jury Instructions | 9/13/2024 at 8:00 a.m. | **11/22/2024 at 8:00 a.m.** |
| Trial (Jury) Estimated length: 4 days | 10/1/2024 at 8:30 a.m. | **12/3/2024 at 8:30 a.m.** |

Having reviewed the Parties' Stipulation Regarding a Continuance of Pre-Trial Deadlines and Trial Date, the Court finds good cause to extend the foregoing deadlines. The Court will not grant any further continuances.

IT IS SO ORDERED.

DATED: March 8, 2024

The Honorable John F. Walter
United States District Judge

1