Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public*
*Limited Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAI NIPPON RUBBER INDUSTRY PUBLIC LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., PRODUCTS LICENSING, LLC, and NICHOLAI ALLEN<br><br>Defendants. | CASE NO. 2:21-cv-09749<br><br>**STIPULATION OF DISMISSAL**<br><br>FAC Filed:   March 16, 2022<br><br>Judge:   Hon. John F. Walter<br>Trial Date:   October 1, 2024 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Thai Nippon Rubber Industry Public Limited Company ("TNR"), Defendant Playboy Enterprises International, Inc. and Products Licensing, LLC (together, "Playboy"), and Defendant Nicholai Allen hereby stipulate that this action be dismissed with prejudice as to all claims, counterclaims, and parties, with each party bearing that party's own attorney's fees and costs.

DATED:  July 30, 2024

KIRKLAND & ELLIS LLP

*/s/ David I. Horowitz*
Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
David I. Horowitz (SBN 248414)
dhorowitz@kirkland.com
Michael A. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

*Attorneys for Plaintiff*
*Thai Nippon Rubber Industry Public Limited Company*

DATED:  July 30, 2024

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Marshall M. Searcy III*
Marshall M. Searcy III (SBN 169269)
marshallsearcy@quinnemanuel.com
Kristin Bird (SBN 192863)
kristinbird@quinnemanuel.com
Greg Fuoco (SBN 308073)
gregfuoco@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants*
*Playboy Enterprises International, Inc. and Products Licensing LLC*

| | |
|---|---|
| DATED: July 25, 2024 | Nicholai Allen<br>/s/<br>840 Crown Hill Drive<br>Simi Valley, CA 93063<br>nicholai.allen@gmail.com<br><br>*Pro se Defendant* |

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *David I. Horowitz*
David I. Horowitz

2
**STIPULATION OF DISMISSAL**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kirkland & Ellis LLP, 555 South Flower Street, Suite 3700, Los Angeles, California 90071.

On July 31, 2024, I caused service of the foregoing document described as:

**STIPULATION OF DISMISSAL**

on the interested parties in this action as follows:

☒ **By CM/ECF**

I caused said document(s) to be transmitted via the Court's CM/ECF system to the following parties.

| | |
|---|---|
| Marshall M Searcy, III<br>Scott B Kidman<br>Kristen Bird<br>Greg Fuoco<br>Quinn Emanuel Urquhart<br>& Sullivan LLP<br>865 South Figueroa Street 10th Fl.<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br>marshallsearcy@quinnemanuel.com<br>scottkidman@quinnemanuel.com<br>kristenbird@quinnemanuel.com<br>gregfuoco@quinnemanuel.com | Attorneys for Defendants<br>*Playboy Enterprises<br>International, Inc.<br>Products Licensing, LLC* |
| Cyndie M. Chang<br>Angelica A. Zabanal<br>Duane Morris LLP<br>865 South Figueroa Street<br>Suite 3100<br>Los Angeles, CA 90071-5450<br>Tel: 213-689-7400<br>Fax: 213-689-7401<br>cmchang@duanemorris.com<br>aazabanal@duanemorris.com | Attorneys for Plaintiff<br>*Thai Nippon Rubber<br>Industry Public Limited<br>Company* |

3
**CERTIFICATE OF SERVICE**

☒ **By Electronic Service**

I also caused said document(s) to be transmitted by electronic mail to the name and email address of the person set forth below. The document was transmitted by electronic transmission and without error.

Nicholai Allen                                   *Pro Se Defendant*
840 Crown Hill Drive
Simi Valley, CA 93063
Nicholai.allen@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2024, at Los Angeles, California.

_____
Keith Catuara

4
**CERTIFICATE OF SERVICE**