## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-09749-JFW-PDx                              Date August 1, 2024

Title: Thai Nippon Rubber Industry Public Ltd,, Co. v Playboy Enterprises Int'l, Inc., et al

Present: The Honorable John F. Walter

|  Shannon Reilly  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                  Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  STIPULATION to Dismiss Case pursuant to Rule 41(a)(1)(A)(ii) [102] - Make JS-6

☐ Entered _____.

Initials of Preparer    sr